UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WEB-ADVISO, J. TAIKWOK YUNG,

               Plaintiff,

**ORDER**
**CV 11-1413 (DLI) (VVP)**

      - against -

DONALD J. TRUMP,

              Defendant.
------------------------------------------------------------X

**POHORELSKY, United States Magistrate Judge:**

Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted. The United States Marshals Service is directed to serve the summons and complaint upon the defendant without prepayment of fees.

                                 **SO ORDERED:**

                                 *Viktor V. Pohorelsky*

                               United States Magistrate Judge

Dated: Brooklyn, New York
       April 6, 2011