Nov. 14, 2011

**BY REGULAR MAIL AND FAX (With Permission to Fax)**

The Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United Sates District Judge for
the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RECEIVED
NOV 14 2011
IN CHAMBERS OF
HON. VIKTOR V. POHORELSKY

Re: *Web-adviso and J. Taikwok Yung v. Donald J. Trump.*

Civil Action No.: 1:11-cv-1413 (DLI) (VVP)

Dear Honorable Judge Pohorelsky:

I am writing to you to follow your instructions as you have told me in our last conference hearing where I am asking now for permission to bring in my video recorder to record the deposition of Eric Trump scheduled for Friday November 18th from 1PM to 5PM in room s402. As you have mentioned, I need your permission to bring my video recorder pass building security for the deposition. Also, the opposing counsel have stated to me that they are bringing in their own certified court reporter for the same deposition. Because of this, I am insisting on bringing my video recorder to record the same deposition due to the fact that it is stated in the pro se manual that my opposing counsel are allowed to make edits to the transcript if they feel there are errors. I believe this would give too much latitude for the opposing counsel to make "subjective" edits to the transcript to favor their argument and therefore, to mitigate this risk, I am asking permission to record the same deposition with my own video recorder, for objectivity, for audio/visual clarity and for fairness.

I thank you for your time, consideration.

Respectfully Submitted,

J. Taikwok Yung (sporting202@yahoo.com)

556 E 88th St.
Brooklyn, NY 11236

646.309.8421
cc: James Weinberger (by email and Regular Mail)