UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WEB-ADVISO, J. TAIKWOK YUNG,

                Plaintiff,                **ORDER**

   - v -

                                           CV-11-1413 (DLI)(VVP)

DONALD J. TRUMP,

                Defendant.
------------------------------------------------------------x

      The plaintiff, pro se, has requested that he be given permission to bring video recording equipment into the courthouse for the purpose of recording the deposition of Eric Trump, a witness in this action, on Friday, November 18, 2011 from 1:00 p.m. to 5:00 p.m. The defendant has also asked permission to have a certified court reporter bring appropriate recording equipment to the courthouse for the purpose of recording the same deposition, and has objected to the plaintiff's request on the ground that the plaintiff's video recording will be superfluous and constitutes harassment. The plaintiff's request to bring video recording equipment into the courthouse is GRANTED. Since the deposition is noticed by the plaintiff, the plaintiff may designate the manner that it be recorded. The plaintiff thus is permitted to enter the courthouse and remain in the courthouse with video recording equipment during the time period from 12:00 noon to 6:00 p.m. Upon entry into the courthouse the plaintiff shall present security personnel with a copy of this Order and permit inspection of the equipment. Upon clearance by security, the plaintiff shall proceed directly to Room S402 and remain there with the equipment until such time as the deposition is concluded. Upon conclusion of the deposition, the plaintiff shall promptly leave the courthouse with the equipment.

The defendant's request to have a certified court reporter enter the courthouse with appropriate audio and transcription equipment is likewise GRANTED. The court reporter shall present a copy of this order to security personnel upon arrival and permit inspection of the equipment.

If either the plaintiff or the defendant's court reporter encounter difficulties with security personnel, they may ask the security personnel to call chambers at 718-613-2400.

    **SO ORDERED:**

*Viktor V. Pohorelsky*
VIKTOR V. POHORELSKY
United States Magistrate Judge

Dated:    Brooklyn, New York
            November 15, 2011