BEFORE:    VIKTOR V. POHORELSKY               DATE:   12/9/11
               U.S. MAGISTRATE JUDGE         START TIME:   12:05 p.m.
                                                                       END TIME:   12:20 .m.
DOCKET NO.   CV-11-1413                               JUDGE:   DLI

CASE NAME:   Yung v. Trump

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Status

APPEARANCES:   Plaintiff      J. Taikwok Yung, pro se
                         Defendant    James Weinberger

SCHEDULING AND RULINGS:

1. The deadline for the plaintiff to make an application regarding a deposition of the defendant Donald Trump, upon a showing that Eric Trump was unable to answer relevant questions or his testimony disclosed that Donald Trump had personal involvement in matters relevant to the instant dispute, is extended to December 23, 2011; opposition to any such motion shall be filed by January 10, 2012; argument, as needed, will be heard at the conference below.

2. The next conference will be held on **January 13, 2012 at 12:00 noon.**