FROSS ZELNICK LEHRMAN & ZISSU, P.C.

Partners
Ronald J. Lehrman
Stephen Bigger
Roger L. Zissu
Richard Z. Lehv
David Ehrlich
Susan Upton Douglass
Janet L. Hoffman
Peter J. Silverman
Lawrence Eli Apolzon
Barbara A. Solomon
Mark D. Engelmann
Nadine H. Jacobson
Andrew N. Fredbeck
Craig S. Mende
J. Allison Strickland
John P. Margiotta
Lydia T. Gobena
Carlos Cucurella
James D. Weinberger
David Donahue
Nancy E. Sabarra
Charles T.J. Weigell III
Laura Popp-Rosenberg
Cara A. Boyle

Counsel
James D. Silberstein
Joyce M. Ferraro
Robert A. Becker
Michael Chiappetta
Tamar Niv Bessinger
Nancy C. DiConza

Associates
Karen Lim
Casey M. Daum
Xiomara Triana
Jason Jones
Alexander L. Greenberg
Lesley J. Matty
Giselle C.W. Huron
Anna Leipsic
Leo Kittay
Carissa L. Alden
Jacqueline M. Russo
Todd Martin

January 10, 2012

**BY CM/ECF**

The Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court for
 the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Yung v. Trump*, No.: 1:11-cv-1413 (DLI) (VVP) (Our Ref.: TRMP 10/08087)

Dear Judge Pohorelsky:

As you know, we represent defendant Donald J. Trump ("Donald Trump") in this matter. We write to respond to the letter submitted on December 23, 2011 by Plaintiff *pro se* J. Taikwok Yung in which he renews his request to depose Donald Trump because he alleges that Eric Trump was unable to answer relevant questions at his recent deposition. As Plaintiff's request is wholly without basis and only serves to demonstrate his continued harassment of Defendant, it should be denied so that Defendant can file its proposed dispositive motion.

As an initial matter, it is worth remembering that, although Defendant has asserted counterclaims against Plaintiff, this action exists only because Plaintiff chose to file it after losing an arbitration before the World Intellectual Property Organization ("WIPO"). WIPO awarded Defendant four domain names, trumpmumbai.com, trump beijing.com, trumpabudabi.com and trumpindia.com, all of which were found to have been registered and used by Plaintiff in bad faith in violation of the Uniform Domain Name Dispute Resolution Policy that governs the registration of domain names. Had Plaintiff accepted this decision, there would be no lawsuit. But Plaintiff pressed on, apparently in the hope that the specter of litigation would cause Defendant either to give up his rights to the names in question or, worse, to pay Plaintiff money to go away. Plaintiff filed this action and has litigated as if he had a legitimate right to use Defendant's TRUMP name and trademark as his own, which of course he does not. Any claims of unfair persecution here can only justly be made by Defendant, not Plaintiff.

Turning to Plaintiff's renewed request to depose Donald Trump, the Court will recall that after being served with the original notice of deposition Donald Trump, the Chief Executive Officer of The Trump Organization, submitted an affidavit attesting that he has "<u>no personal knowledge of the subject matter of this litigation</u>." Affidavit of Donald J. Trump, September 27, 2011 ("Affidavit") (emphasis added). Because Plaintiff nonetheless continued to seek Donald Trump's deposition, the Court held on Defendant's motion for a protective order that Plaintiff may depose Donald Trump <u>only if</u> he first deposed The Trump Organization's Executive Vice-President Eric Trump and

then demonstrated either that Eric Trump was "unable to answer relevant questions" or that Eric Trump's "testimony disclosed that Donald Trump had personal involvement in matters relevant to the instant dispute." *See* Minute Order, Oct. 20, 2011. Plaintiff deposed Eric Trump at the courthouse on November 18. Eric Trump appeared and gave detailed responses to Plaintiff's questions. *See* Deposition Transcript, Nov. 18, 2011 ("Transcript") (Exhibit A). The deposition lasted more than an hour and concluded only after Plaintiff stated that he had no further questions. *See id.* at 72:2. Nothing in Eric Trump's testimony suggested that Donald Trump had personal involvement in relevant matters. Also, no questions likely to lead to the discovery of admissible evidence went unanswered. Therefore, the Court should not permit Plaintiff to further his ongoing campaign of harassment by deposing Donald Trump.

Taking the second option first, nowhere in Plaintiff's letter does he suggest that Eric Trump's testimony indicated that Donald Trump was personally involved in any matter relating to this action. Indeed, the Affidavit confirms that Donald Trump is not in a position to answer any questions about this case. *See* Affidavit. In any event, the questions Plaintiff says he would ask Donald Trump were either answered by Eric Trump[1] or are general questions regarding Donald Trump's personal knowledge of the dispute, which he has already disavowed in the unchallenged sworn statement. *Id.*

The thrust of Plaintiff's renewed request to depose Donald Trump, rather, is his allegation that Eric Trump did not answer relevant questions. Plaintiff is wrong. Eric Trump answered each of the six questions identified in Plaintiff's letter as fully as a senior executive would be expected. Moreover, Plaintiff's isolated citations do not tell the full story, as many of his queries were repetitive and the answers span several questions, not those cherry-picked by Plaintiff for his motion. *See, e.g.*, Transcript at 8:10–10:9, 29:9–30:18, 62:21–64:20 (relating to when counsel may have been instructed to send demand letter). First, Plaintiff asked why three months had passed between the parties' initial conference and the filing of the arbitration claim; as Eric Trump testified, this was the result of a busy legal department efficiently handling its case flow. *Id.* at 60:24–61:24. Next, the four questions Plaintiff lists pertaining to when Eric Trump first learned of the at-issue domain names and when he directed legal action were answered in large part as follows: as Executive Vice-President, Eric Trump has "a team of very capable people [who] handle legal matters just like this who report to me on a weekly and monthly basis or really as needed. . . . I'm informed every step of the way." *Id.* at 62:25–63:13. However, he explained that he could not recall precisely when he first learned of this matter because the company "deal[s] with hundreds of these issues" and they tend to "blend together." *Id.* at 63:22, 64:10.[2] Lastly, while Eric Trump was unable

[1] Eric Trump answered six of the eight questions: (1) the three-month and three-year "delays," *id.* 58:12–59:9, 60:8–61:24; (2) who instructed counsel to send a demand letter and when, *id.* at 8:10–10:9, 29:9–31:20, 62:21–64:20, 70:17–21; (3) who "bear[s] legal responsibility in this legal action," *id.* at 32:16–33:4; (4) who first learned about the at-issue domain names and when and what responsibilities did that person possess, *id.* at 8:10–10:18; (5) who may assert legal claims on Donald Trump's behalf, *id.* at 35:18–38:12; and (6) who initiated the legal dispute, *id.* at 8:10–10:18.

[2] These issues were similarly addressed in Plaintiff's written discovery. Plaintiff submitted the following interrogatory: "Why has Donald Trump delayed over 3 years to file/sent [sic] harassment legal letters,

to recall the precise date on which Plaintiff registered his domain names, this trivia is contained in Plaintiff's own documents, as well as publicly available documents. (Indeed, Plaintiff, not Eric Trump, is in the best position to know such facts.) Plaintiff may not like these answers, but that alone does not entitle him to depose Donald Trump about them.

If Plaintiff had legitimately desired detailed answers to these questions, he would have included each in his discovery requests (which he did not) rather than attempting to depose Donald Trump with irrelevant and insulting inquiries regarding, *inter alia*, Donald Trump's net worth and "feelings" towards the Chinese people. *See* Exhibit B. No plausible basis existed for deposing Donald Trump then, and, as set forth herein, none exists now. Plaintiff's renewed motion to depose him should be denied.

Finally, while the Court made plain at the December 9, 2011 conference that it was not interested in adjudicating Plaintiff's claims that Eric Trump (and now the undersigned, as well) attempted to physically intimidate Plaintiff and used racially derogatory comments at the deposition, we are compelled once again to deny these offensive and wholly untrue claims. Plaintiff's insistence on raising these allegations in a public filing after the Court rejected them is more evidence of his continued harassment and further exposes his vexatious motives in bringing this action. These motives should be checked now and discovery closed so that Defendant may go about expeditiously seeking the adjudication of this matter.

Respectfully submitted,

James D. Weinberger

Exhibits

cc: J. Taikwok Yung (by email and First Class Mail

---

arbitration claims and frivolous counter claims against the Plaintiff's rightful ownership of the at-issue domains?" Defendant's response after its objections was as follows:

> Defendant did not become aware of Plaintiffs' infringing, TRUMP-formative domain names until shortly before sending demand letters to Plaintiffs in 2010. Since Plaintiffs refused to turn over the infringing domain names despite Defendant's requests and negotiation attempts, Defendant brought an arbitration proceeding to recover the disputed domain names as required under the Uniform Domain-Name Dispute-Resolution Policy ("UDRP") in December 2010. Although Defendant won that proceeding, Plaintiffs appealed the decision to this Court seeking a declaratory judgment on March 22, 2011. At that time, pursuant to Federal Rule of Civil Procedure 13(a), Defendant was forced to raise the instant counterclaims in the federal litigation or lose them. Accordingly, Defendant filed his counterclaims on May 6, 2011.

Defendant/Counterclaim-Plaintiff's Objections and Responses to Plaintiffs/Counterclaim-Defendants' First Set of Interrogatories and Document Requests, October 6, 2011, Response to Interrogatory No. 4.

# Exhibit A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------X

WEB-ADVISO, J. TAIKWOK YUNG,

Plaintiff,

-against-

DONALD J. TRUMP,

Defendant.

-------------------------------------------X

225 Cadman Plaza East

Brooklyn, New York

November 18, 2011

1:00 p.m.

EXAMINATION BEFORE TRIAL of ERIC F. TRUMP, a representative of the Defendant in the above-entitled action, taken on behalf of the Plaintiff, held at the above time and place, and taken before Binita Shrestha, a reporter and Notary Public within and for the State of New York.

A P P E A R A N C E S:

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
Attorneys for Defendants
866 UN Plaza
New York, New York 10017
Tel: 212-813-5900
BY: JAMES D. WEINBERGER, ESQ.

J. TAIKWOK YUNG
Pro Se Plaintiff
556 Easy 88th Street
Brooklyn, New York, 11236

Also Present:
Alexis L. Robinson, Esq.
Assistant General Counsel
The Trump Organization
725 Fifth Avenue
New York, New York 10022
Tel: 212-715-7255

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the sealing, filing and certification of the within deposition be waived; that such deposition may be signed and sworn to before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before whom said deposition was taken.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to form, are reserved to the time of trial.

IT IS FURTHER STIPULATED AND AGREED that counsel for the witnesses appearing herein shall be furnished with a copy of the within deposition without cost.

ERIC F. TRUMP,
the witness herein, having first been duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY
MR. YUNG:

MR. YUNG: My name is J. Taikwok Yung. I'm the pro se plaintiff in this litigation, and I'll be asking the deposition questions to Eric Trump.

MR. WEINBERGER: Before we start, we wanted to make sure we're all on the same page about the video recording that you're making of the deposition. So can we get your agreement that you will be using the video to verify the accuracy of the transcript for the purpose of the lawsuit, and you won't make any external use of any video recording you make, meaning post it on a Web site or something like that?

MR. YUNG: I can't answer you that right now because you just asked me right now.

MR. WEINBERGER: Well, I'm asking you right now, and if you're not willing to agree not to use it for purposes of litigation, we will go see the judge before we start because I'm not going to allow you to record the deposition without an agreement that you're not going to use it for some improper purpose.

MR. YUNG: Well, when you say improper, what do you mean by that?

MR. WEINBERGER: Well, you've told the judge that you needed the video in order to verify the accuracy of the transcript, and if I'm characterizing this right, to make sure that I'm not coaching the witness, which I have no intention to do and I will not be doing, but Mr. Trump is a personality, he's on television, and use could be made of

E. F. TRUMP

a video recording from testifying in this case for other purposes other than the lawsuit, meaning you sell it on the Web, you post it on your Web site --

MR. YUNG: I can tell you I'm not selling it.

MR. WEINBERGER: Can we agree that you're not going to post it on your Web site?

MR. YUNG: Within my powers, I will not do it.

MR. WEINBERGER: Meaning you will not do it yourself, and you will not intentionally tell someone else to do it?

MR. YUNG: Yeah, within my powers.

MR. WEINBERGER: Will you take steps to keep custody of the --

MR. YUNG: You mentioned you want a copy of it as well?

MR. WEINBERGER: Yeah, I'll need a copy, but the recording you're

[Page 6]

E. F. TRUMP

making, the memory cards, will you keep them with you?

MR. YUNG: Yeah, within my powers, I will keep it secure.

MR. WEINBERGER: Are you satisfied with that?

THE WITNESS: As long as it's not coming out, I'm satisfied with it. Is that what you're saying, you --

MR. YUNG: Within my powers.

MR. WEINBERGER: Then we're fine to proceed.

MR. YUNG: We'll start.

BY MR. YUNG:

**Q.** I guess my first question is how old are you; you seem kind of young?

A. I'm 27.

**Q.** Can you answer, did your counsel coach you to prepare for this deposition?

A. No.

**Q.** Can you state your relationship with Donald Trump and Donald Trump, Jr.?

A. I am the son of Donald Trump; I am

[Page 7]

E. F. TRUMP

the brother of Donald Trump, Jr.

**Q.** Who is older?

MR. WEINBERGER: Objection to the form of the question. You can answer.

THE WITNESS: Donald Trump, Jr. is older.

BY MR. YUNG:

**Q.** Do you know Alexis Robinson?

A. I do.

**Q.** For the record, who is she?

A. She is an attorney with Trump.

**Q.** Did you instruct her to send harassing legal letters to the pro se plaintiff on October 27th, 2010?

MR. WEINBERGER: Objection to the form of the question.

THE WITNESS: I don't know what legal letters you're referring to.

BY MR. YUNG:

**Q.** On October 27th, she sent a letter to the pro se plaintiff asking for the custody of the at-issue domain names. They were sent to sporting202@yahoo.com. Are you

[Page 8]

E. F. TRUMP

aware of that?

MR. WEINBERGER: Objection to the form of the question.

THE WITNESS: I'm aware that we're seeking our domain names back, yes.

BY MR. YUNG:

**Q.** But not the specific letter instructing her to -- the letter that was sent to sporting202 asking for custody of the domain names? Were you aware of those?

A. We are a very big company --

**Q.** So you're not aware of that?

A. I'm aware that her responsibility, as our attorney, is to make sure our name is protected, so she's acting on behalf -- she's acting as an attorney then, you know, she's doing her job. I'm not aware of every letter that comes out of our company.

**Q.** So do you think it was Donald Trump who instructed Alexis Robinson to send the letter?

MR. WEINBERGER: Objection to the form of the question.

[Page 9]

E. F. TRUMP
THE WITNESS: No, it wasn't.
BY MR. YUNG:
Q. So you're aware that it wasn't Donald Trump who sent the letter?
A. Alexis handles trademark infringement. She would have been the one that sent the letter. It wouldn't have been instructed by Donald Trump.
Q. So what's her official role -- description of her role as a lawyer in the Trump organization?
A. She's in our litigation department. She does a lot of trademark and Web infringement.
Q. Specifically just that?
A. Not specifically, but she does a lot of that, yes.
Q. Okay. Concerning the Web sites, the at-issue domains, do you know what Internet protocol the Web sites of the at-issue domain names are delivered on?
A. I don't know what that means.
Q. Internet protocols. Have you used a browser before?

[Page 10]

E. F. TRUMP
A. Yes, I have.
Q. Are you aware of the protocols this is delivered in?
A. I'm not aware of protocols, no.
MR. WEINBERGER: Can we just -- one second. I think it's probably best if everybody slows down. I'm not sure the reporter is getting the full testimony, so let's just -- I want to make sure she's able to record.
BY MR. YUNG:
Q. Okay. So you're saying you don't know?
A. I don't know what you're referring to when you say an Internet protocol.
Q. Internet protocol is the way you transfer information through the Internet and interpreted by the browser.
MR. WEINBERGER: Objection. It's not a question.
BY MR. YUNG:
Q. Do you know what Internet service language the Web sites are built on?

[Page 11]

E. F. TRUMP
A. I do not.
MR. WEINBERGER: Sorry, just give me a chance to object.
I think you need to tell him what Web sites you're talking about.
MR. YUNG: The at-issue domain names that we're discussing is TrumpBeijing.com, TrumpIndia.com, TrumpMumbiai.com, and TrumpAbuDhabi.com. So before I ask the question, you're aware of the at-issue domain names?
THE WITNESS: Yes.
BY MR. YUNG:
Q. So are you able to answer that question that I just asked previously?
A. Can you re-ask the question?
MR. WEINBERGER: The reporter can read it back unless you would like a different question.
(Whereupon, the referred question was read back by the Reporter.)
THE WITNESS: I don't. I'm not

[Page 12]

E. F. TRUMP
a tech guru. I don't even know what that means.
BY MR. YUNG:
Q. Do you know what content management system, CMS, are the Web sites running on?
A. I do not.
Q. Do you know how many parody articles are there on the Web site, P-A-R-O-D-Y?
MR. WEINBERGER: Objection to the form.
BY MR. YUNG:
Q. Do you know if the Web sites can be viewed on a mobile device, like smartphone?
A. The four Web sites in question?
Q. Yes.
A. I do not.
Q. So let me ask you, how well do you know the current legal dispute?
A. I understand the legal dispute.
Q. From one to ten, like where you stand knowing actually the truth of the matter?
MR. WEINBERGER: Objection to the form.

[Page 13]

E. F. TRUMP

THE WITNESS: You know, unfortunately as a company like ours, we're forced to fight disputes like this all the time, people trying to capitalize on our name, make money off of us, infringe on something that, you know, the company that we've grown, a name that we've grown over many years, so I understand the merits of this case. We see this type of case all the time. It's unfortunate --

BY MR. YUNG:

**Q.** Do you rate yourself a ten on ten or --

MR. WEINBERGER: Hold on a second. You've got to let him answer the question.

THE WITNESS: I'm answering the question. I understand the merits of the case. Somebody is trying to infringe on trademarks that we have, and obviously as a company like ours, we have to fight that.

[Page 14]

E. F. TRUMP

BY MR. YUNG:

**Q.** Let me ask you, what plans do you have, your party, for the at-issue domain names; what plans do you have for the domain names?

A. We're a major international developer; we are a major domestic developer. We have business interests all over the world, and I can go through some of them.

**Q.** No, specifically dealing with the at-issue domain names.

A. Sure, let me get there. We've made moves into many countries. Let me give you an example. Abu Dhabi, we spent quite a bit of time in the UAE. We've talked to many different companies about doing very, very, very major deals there. Also, in the UAE in Dubai, we are partnered with Nikeel, [phonetic] who is probably the largest company in the UAE, in order to make a very major license agreement with them for a very well-publicized building that has launched, being in itself a very, very big project.

[Page 15]

E. F. TRUMP

In India, using your example, we have a relationship in India with also another major developer. In Mumbai we have a very nice project. We're going to go in there in a very major way. We've looked into many other projects in Bangalore. We've looked at many other projects in Beijing, in China, and we're looking into China in a very large way. We have many other business interests there, everything from expanding our Golf Enterprise to different commercial ventures to Miss Universe that we own to a series of books that were published in Chinese to projects that we've sold in China before and sold very successfully in China to projects that we have in Seoul, Korea to the Miss Universe Pageant, which is worldwide and is televised throughout the world.

I could really go on and on. We have major business interests all over the world. The Apprentice, one of the top shows anywhere in the world, has been publicized in literally dozens, and dozens, and dozens

[Page 16]

E. F. TRUMP

of different languages for years, and years, and years. I believe we're the second longest running reality TV show in existence right after Survivor. We have incredible ratings. We're going on our 12th season, which coincidentally we finished filming yesterday.

We have worldwide appeal as a company. People know who we are overseas. They understand my father was running for the president of the United States. He's a very, very public person. We are a very public family. That's our interest in these Web sites.

**Q.** Okay. So it partially deals with plans of real estate projects; is that accurate?

A. Yes, we use Web sites exactly like the ones you registered to -- as our domain names for projects all over the world, and I can give you many examples of them, but Trump Las Vegas is a great example, Trump Chicago is a great example, Trump National Golf Course is an example, Trump Scotland is

[Page 17]

E. F. TRUMP

an example, Trump Hawaii, Trump Waikiki is an example, Trump National Golf Course, L.A. is an example, Trump.com is an example. Right now I believe we have over 800 registered trademarks and several thousand Web domain names that are ours, and we register those specifically to prevent people from trying to capitalize on a business that we've grown and we've grown very successfully, and that's developed into a major corporation and a major brand.

**Q.** Okay. Since the at-issue domain names have geographical names in it, like India, Mumbai, Beijing, and Abu Dhabi, can you tell me if currently if you, Donald Trump, or the Trump Organization own any significant municipal land in those areas?

A. We have partnerships in those areas.

**Q.** But you don't own any municipal lands?

A. We don't own any municipal lands, no, but we are entering those areas in a very large way with very large projects.

**Q.** They are projects dealing with

[Page 18]

E. F. TRUMP

building towers, buildings, right?

A. Yes.

**Q.** Not developing like parks, or developing wide areas of real estate, or municipal real estate like that, right?

MR. WEINBERGER: Objection to form.

THE WITNESS: Our projects are very large. They oftentimes have other components aside from just residential or hotel components, commercial components to them. Many of those components, depending on the project, could be involved in the overall master plan, but generally they are high-rise buildings.

BY MR. YUNG:

**Q.** So the more accurate description for these could be like Trump Tower, like that, or Trump Hotel, like that, would be a better description of the projects, right?

MR. WEINBERGER: Objection to form.

[Page 19]

E. F. TRUMP

THE WITNESS: I don't think that's correct at all.

BY MR. YUNG:

**Q.** Can you elaborate why?

A. We own trademarks in these countries. We've owned trademarks in these countries for many, many years --

**Q.** Yeah, for the world --

MR. WEINBERGER: Let him answer his question. You can't speak over each other. She can't get that down.

THE WITNESS: -- and we use countries and places, given we're an international brand, its geographical locater to the project at hand. For instance, Trump Mumbai, we have a project in Mumbai. We are actively underway in developing something in Mumbai. Therefore, we use Trump, our name, and Mumbai, the locater, as a Web domain for the project, which is the exact reason we register Trump in

[Page 20]

E. F. TRUMP

India. It's the reason we register Trump Mumbai as a trademark. It's the reason we go through this process as an international company.

BY MR. YUNG:

**Q.** Are you aware that the word is a generic English word trump. It has an entry that predates the birth of Donald Trump, the founding of the Trump Organization. The entry I'm mentioning is in Oxford English dictionary and Merriam Webster dictionary for the generic English word trump; are you aware of that?

MR. WEINBERGER: Objection to the form of the question. It's compound, and I just want to note for the record that Mr. Trump is not a lawyer, and "generic" has a legal meaning, and so I assume you're asking him the common meaning of the word generic, not in its legally operative term, which if you're going to try and ask about that, I suggest you establish foundation

[Page 21]

E. F. TRUMP

that he has knowledge.

MR. YUNG: Okay, but for right now, can you answer that; are you aware of that?

THE WITNESS: Trump is a word in the English language. Gap is a word in the English language, but yet that is also trademarked all around the country and all around the world.

BY MR. YUNG:

**Q.** Well, they have a right to that because it's the design of the word and a mark. I guess you have a point there, but you're aware that trump is an English word?

A. I said yes.

**Q.** Okay. Can you tell me, will you be compensated more than usual if you're successful in acquiring the at issue domain names?

MR. WEINBERGER: Objection.

THE WITNESS: I don't need to talk about my compensation structure.

[Page 22]

E. F. TRUMP

BY MR. YUNG:

**Q.** Do you have a preference of which of the four domain names have a higher priority in trying to acquire?

MR. WEINBERGER: Objection.

THE WITNESS: They have no priority for us.

BY MR. YUNG:

**Q.** Just all four have the same priority?

A. These are major markets in the world, which we have actively been exploring, which we own the intellectual property to in those various areas, and as far as I'm concerned, they belong to us.

**Q.** So I'm asking, do you have a priority on which one?

MR. WEINBERGER: Asked and answered.

MR. YUNG: Huh?

MR. WEINBERGER: He's been asked that question, and he's answered it already. She can read it back to you.

[Page 23]

E. F. TRUMP

BY MR. YUNG:

**Q.** Can you describe your job description and role in the Trump Organization?

A. I'm executive vice president of development and acquisitions. I handle many of our projects across the board. My job differs very much from day to day. One day it could be building a building, the next day it could be buying a golf course. It very much depends on the day.

**Q.** So your role is changing all the time; it has no definitive description?

A. Other than being an executive in the firm, being responsible for development, new acquisitions, projects underway, and generally safeguarding the Trump name, the Trump brand, our interest around the world, that's my job.

**Q.** So how does it encompass this legal litigation; how come your role -- I don't understand how your description of your role encompasses your handling of this legal case?

[Page 24]

E. F. TRUMP

A. I think I just said part of my job is to safeguard the Trump name around the world. Part of that is to keep people from trying to infringe on our name that we've so successfully built, which I think is the reason why we're here today.

**Q.** Okay. I would like to show you something that I found on the Internet. This was submitted as an exhibit. It's from Wikipedia. Can you read --

MR. WEINBERGER: Hold on a second. You have to mark the exhibit with the court reporter, and since we have a verbal record, and since the exhibit will be made part of the deposition transcript, it would be very helpful if we could refer to it as Exhibit 1, which is what she's just tagged it as. That way we know what we're talking about when we're reading the transcript.

MR. YUNG: Okay.

(Whereupon, the aforementioned document was marked as

[Page 25]

E. F. TRUMP

Plaintiff's Exhibit 1 for identification as of this date.)

BY MR. YUNG:

**Q.** For the record, can you read the circled part that goes into the next page?

A. "As executive vice president of development and acquisitions, Trump is actively involved in all aspects of real estate development, both nationally and internationally. From acquisition and development to sales and marketing functions, he plays a pivotal role in more than 70 active real estate Trump projects around the world."

"Most recently, Trump" -- and by the way, let me just interject, they are referring to me here -- "oversaw the acquisition of the Kluge, K-L-U-G-E, Winery and Vineyard in Charlottesville, Virginia, resulting in the development of Eric Trump Wine Manufacturing, LLC."

"Alongside his father, Trump is also responsible for the expansion of the Trump National Golf Club portfolio of properties

E. F. TRUMP

and is involved in all construction, design, membership, marketing, and daily operations to ensure Trump's brand standards are met. Currently, Trump directly oversees Trump Golf properties in New York, New Jersey, Pennsylvania, Florida, and California."

"Trump is a prominent fixture in business and has appeared as a speaker in international business and real estate conferences, as well as media outlets such as NBC, CNBC, FOX, FOX Business, and the New York Post to analyze or comment on economic and development matters affecting the global economy.

Trump is also a task advisor and boardroom judge on The Apprentice and The Celebrity Apprentice and was prominently featured this season on Donald J. Trumps' Fabulous World of Golf, which documents the "behind-the-scenes" workings of the Trump Organization and Trump Golf."

**Q.** Okay. So that describes pretty accurate your job description?

A. Incredibly accurate, yes. I think I

E. F. TRUMP

wrote that.

**Q.** So I guess what's -- where does this job description deal with domain names, handling domain names?

A. There are two sides of a business: There is the side that you put on Wikipedia, and there is a corporate oversight side, which is dealing with litigation, dealing with trademark infringement, dealing with H.R. matters, dealing with corporate compensation. There's probably a thousand things that I do as part of my job that's not here. Retail sales, I do a lot of that, actual condo sales, condo hotel. I mean, I could really go on and on.

You know, construction activities, compensation for employees, bonuses. None of that is featured on Wikipedia for obvious reasons. It's, first and foremost, dry. People don't want to hear about it, and people, I think, assume that if you're an executive at a company, that's part of your daily job responsibilities and job functions.

E. F. TRUMP

**Q.** So when a new task comes up that's not in your description, you can basically change your description to encompass that to handle that situation?

MR. WEINBERGER: Objection.

THE WITNESS: Absolutely.

BY MR. YUNG:

**Q.** So for this litigation handling by you, have you changed your job description to just suit yourself to handle the situation?

A. Not at all. Trademark infringement and trademark matters are something I handled since day one since I came into this company, and I work very closely with Alexis on a daily basis handling matters very much like this one.

**Q.** Can you mention a previous situation with you were handling a domain name situation?

A. I can't --

MR. WEINBERGER: Before you answer the question, the witness can identify specific disputes in a

E. F. TRUMP

brief summary, but I caution him not to reveal the substance of an attorney-client communication, and I instruct him not to answer to the extent answering this question requires him to reveal the substance of an attorney-client communication. But if you can name the name of a domain name you went after or a trademark infringement matter at that level, that's fine.

MR. YUNG: Yeah, that's what I'm asking.

BY MR. YUNG:

**Q.** Can you mention a previous domain name that you were involved in?

A. There's been many domain names, and quite frankly, there's been many trademarks that we've gone after over the years, and many which have been very successful. Again, I prefer not to mention which ones. A lot of them were won. Fortunately, we have a very good track record of winning these because we are a very prominent brand.

[Page 30]

E. F. TRUMP

In fact, I'm not sure if we've lost. People recognize us as a worldwide brand, and a major personality, and a major developer, and a very large company, which is why we do well. But unfortunately, this is standard course of daily business for us, fighting exactly these, so...

Again, I don't know which ones are subject to settlements. I don't know which ones are subject to confidentiality. I prefer not to mention them by name, but I can tell you we have fought hundreds of these. We have won hundreds of these. And unfortunately, I think we'll continue to have to fight these, certainly as long as I'm around.

**Q.** Okay. So you're saying that you have handled domain name situations before?

A. Dozens.

MR. WEINBERGER: Objection.

BY MR. YUNG:

**Q.** Is the Trump Organization, the company that you and your father work for, a public or a private company?

[Page 31]

E. F. TRUMP

A. It's a private company.

**Q.** It's always been a private company?

A. It's always been a private company.

**Q.** I see. For the sake of clarity, can you tell me if it's the individual, Donald Trump, or you, or the Trump Organization that is trying to acquire the at-issue domain names?

MR. WEINBERGER: Objection to the form of the question.

THE WITNESS: Is the company as a whole that's acquiring these domain names?

BY MR. YUNG:

**Q.** The caption says the individual, Donald Trump, but what I'm trying to clarify is, is it Donald Trump that's trying to acquire the at-issue domain names, or you, or the Trump Organization?

A. It is the company that's trying to acquire these domain names. We are a company that would benefit from the domain names. We are a company that owns these domain names. We are a company that's

[Page 32]

E. F. TRUMP

already won, in the WIPO filing, these domain names. It is the company that's trying to acquire these domain names.

**Q.** I would like to show you something, Exhibit 2, I guess.

(Whereupon, the aforementioned document was marked as Plaintiff's Exhibit 2 for identification as of this date.)

BY MR. YUNG:

**Q.** For the description of what you see --

MR. WEINBERGER: Hold on one second. Let me look at the exhibit before --

MR. YUNG: For the description, it's an e-mail sent --

MR. WEINBERGER: Can you let him look at it before you ask your question? And I would like to note that both this exhibit, Exhibit 2, and the prior Exhibit 1, there is handwriting on the agreement, which, I believe, is the plaintiff pro

[Page 33]

E. F. TRUMP

se's, but I don't know --

MR. YUNG: It's just a circle to direct him to read it.

MR. WEINBERGER: I understand, but it's your circle, right?

MR: YUNG: Yeah.

MR. WEINBERGER: Just for clarity.

BY MR. YUNG:

**Q.** For description's sake, it's a letter sent to sporting202@yahoo.com by Alexis Robinson. Can you read the --

MR. WEINBERGER: Objection. That's not what this is.

MR. YUNG: Can I see that? Right, I'm sorry, correction, by Todd Martin, a lawyer from your law firm.

BY MR. YUNG:

**Q.** This is an e-mail sent to sporting202@yahoo.com. Can you read the encircled?

A. "Enclosed please find an electronic copy of a complaint by Donald J. Trump

[Page 34]

E. F. TRUMP

pursuant to ICANN's domain name dispute resolution policy, the modified rules, and WIPO's new supplemental rules concerning the domain names, TrumpIndia.com, TrumpMumbai.com, TrumpBeijing.com, and TrumpAbuDhabi.com."

**Q.** At this point when the e-mail was sent, were you aware of what was going on?

MR. WEINBERGER: Objection, foundation.

THE WITNESS: I don't see the date on this e-mail. December 17th?

BY MR. YUNG:

**Q.** Right.

A. I don't recall. I would assume so, but I don't recall.

**Q.** Okay. My question -- I guess you can't answer the question, but I'm still going to ask it any way. Why did the e-mail state the individual, Donald J. Trump, and not the Trump Organization, as you mentioned previously, that's trying to acquire the at-issue domain names?

MR. WEINBERGER: Objection to

[Page 35]

E. F. TRUMP

the form of the question.

THE WITNESS: This e-mail could have just as easily said Eric Trump, or it could have just as easily said the Trump Organization. It could have just as easily had one of our entities in there. At the end of the day, we are one organization, we are a family company. Having Donald J. Trump in here, or the Trump Organization, or Eric Trump, for that matter, wouldn't have changed the substance of this e-mail one bit.

BY MR. YUNG:

**Q.** So you can easily say Eric Trump and somebody, be it your lawyers or your employees, will be using your father's name or your name freely in litigations; is that what you're describing?

MR. WEINBERGER: Objection.

THE WITNESS: The complaint could have very well come from me, it could have come from the Trump

[Page 36]

E. F. TRUMP

Organization, or it could have come from my father. Again, we're a family company. It's really coming from --

BY MR. YUNG:

**Q.** So employees can freely use your father's name, the Trump Organization's name, and your name in legal letters and so forth like that?

A. Depending on who they are representing, absolutely, because it's really one and the same.

**Q.** Were you aware if any permission was granted by Donald J. Trump to use his name in this arbitration claim?

MR. WEINBERGER: Objection.

BY MR. YUNG:

**Q.** Well, I'm asking was permission given by Donald J. Trump to use his name in the caption of the arbitration claim and in this e-mail?

A. Alexis and Todd from outside counsel, they are either employees of ours or they are law firms that we retain to

[Page 37]

E. F. TRUMP

enforce, and if not to enforce, but to work for us in resolving matters like this. They could use my name in doing so. They could use my father's name in doing so. They work for our corporate entity, and yes, they have full permission to use my father's name, they have full permission to use my name, and they have full permission to use the Trump Organization if they wanted to in, again, protecting us in legal matters such as the one we're talking about right now.

**Q.** I see, okay. Were you aware of Donald Trump, Jr. visiting India?

MR. WEINBERGER: Objection, time frame.

BY MR. YUNG:

**Q.** Were you aware of his trip -- because in your arbitration claim, you -- the arbitration claim describes that because of him visiting India, making plans and so forth, Donald Trump should have rights to the at-issue domain names, so I'm asking, are you aware of Donald Trump, Jr.'s visit to India?

[Page 38]

E. F. TRUMP

A. Yes.

**Q.** What days were those?

A. I would not know off the top of my head.

**Q.** Okay.

A. I will say that we've spent substantial amount of time in India.

**Q.** I'm just going to ask you why a visit to India would give your party the rights to the at-issue domain names; just visiting India, you have rights to all four at-issue domain names?

MR. WEINBERGER: I wanted to object. Mr. Trump, if you would ask him, I'm sure would happily testify that he's not an attorney. And to the extent you're asking him a legal question with a legal operation; the term "rights" has a legal operation. If you want to ask him his understanding as a witness and as a businessman, that's fine. But I just want to be clear that he's not an attorney, and he's not speaking

[Page 39]

E. F. TRUMP

as to the legally operative when rights acquired, okay?

BY MR. YUNG:

**Q.** Are you going to attempt to answer the question?

A. Sure. I think you're grossly simplifying it by saying one visit entitles us to rights. What entitles us to rights is years and years of intellectual property filings, Web sites that we have, business ventures that we're done in these countries, business ventures that we're currently doing in these countries, registered trademarks that we own in these various places, and so on and so forth.

It's not one holiday trip to India that necessarily entitles you. It's a host of many, many other things. We've taken many trips to India. We've spent substantial amount of time in India. We are actively engaged in many business ventures there. That's what entitles us to these rights.

BY MR. YUNG:

[Page 40]

E. F. TRUMP

**Q.** Okay. I'm going you to ask you, are you aware or cognizant of the popularity of the Web sites that's on the at-issue domain names?

MR. YUNG: For the sake of clarity, this is a technical interruption with the memory card of the video, so I have switched the video card.

BY MR. YUNG:

**Q.** So to continue, do you still remember the question I asked or do you not? To repeat, are you aware of or cognizant of the popularity of the Web sites that's on the at-issue domains?

MR. WEINBERGER: Objection, foundation.

THE WITNESS: I don't, unfortunately, know what that means.

BY MR. YUNG:

**Q.** The popularity, like people visiting the Web sites a lot.

MR. WEINBERGER: Same objection. You haven't established that he's

[Page 41]

E. F. TRUMP

seen the Web sites.

BY MR. YUNG:

**Q.** Have you seen the Web sites yet?

A. I have seen one of them.

**Q.** Which one?

A. I believe it's TrumpIndia.com.

**Q.** I see. Can you describe what you saw?

A. I saw a Web site that was capitalizing on the Trump name.

**Q.** I'm asking about the content, not your description of --

A. I saw a Web site that was capitalizing on the Trump name that had some inflammatory statements.

**Q.** Such as?

A. Talking about Apprentice ratings, and I don't even think that the ratings you put on there were true, having some mock video of my father pulled from You Tube. Overall I thought it was pretty distasteful.

**Q.** Do you know the term what parody means?

MR. WEINBERGER: The same

[Page 42]

E. F. TRUMP

objection that I had given before. Parody has a legally operative term. The witness can answer that as a non-lawyer, that's fine. But I want to make clear on the record that he's not an attorney --

THE WITNESS: Why don't you rephrase the question and ask it in a different way?

BY MR. YUNG:

**Q.** Do you know what parody is?

MR. WEINBERGER: Same objection.

THE WITNESS: Just rephrase the question.

BY MR. YUNG:

**Q.** Do you know what parody is?

A. Yes.

**Q.** Can you elaborate on what your understanding is?

A. If you have parity -- I don't understand in the context of what we're talking about right now.

**Q.** Parody just in parody, do you -- I just want to ascertain what your

[Page 43]

E. F. TRUMP

understanding of parody is.

A. Parity is fairness, it's connection.

MR. WEINBERGER: I'm sorry, I think we have a linguistic disconnect. I think he's asking parody, P-A-R-O-D-Y, not parity, like there's parity in baseball, the other parody.

THE WITNESS: What's P-A-R-O-T-Y?

MR. WEINBERGER: O-D-Y.

MR. YUNG: P-A-R-O-D-Y.

THE WITNESS: What's parody?

BY MR. YUNG:

**Q.** You don't know what parody is?

A. Not in this context, no.

**Q.** Have you seen Saturday Night Live where your father appears to be in a comic skit, and there is another actor --

A. That's acting.

**Q.** Try to imagine that as humor, to imitate another personality.

A. Sure.

**Q.** I guess that's trying to describe

[Page 44]

E. F. TRUMP

what parody is, as a comical situation where you imitate somebody just for the humor of it.

MR. WEINBERGER: Are you asking him a question?

MR. YUNG: He's asking me a question, so I have to define --

THE WITNESS: Again, I just -- I don't know where this is going, so you just tell me.

BY MR. YUNG:

**Q.** So right now as I described to you, do you understand what parody is?

A. Of course, somebody mocking somebody else for their benefit, yes.

**Q.** Okay. I have something to show you as well. This is, I guess, what we can call Exhibit 3.

MR. WEINBERGER: Mr. Yung, have you turned this over to us?

MR. YUNG: It's also part of exhibits in my opposition, it's part of the exhibits.

MR. WEINBERGER: So yes, we have

[Page 45]

E. F. TRUMP

it?

MR. YUNG: Yeah.

MR. WEINBERGER: Okay, thank you.

(Whereupon, the aforementioned document was marked as Plaintiff's Exhibit 3 for identification as of this date.)

THE WITNESS: I assume these are just domain names.

MR. YUNG: For the proper description, this is a Web site that lists registered Web sites that contains some words.

MR. WEINBERGER: I just want to note that's what the plaintiff pro se is characterizing it as. I don't know what it is or what --

MR. YUNG: It's a tool on the Internet to find domain names that contain some words.

MR. WEINBERGER: I understand that you're telling him that, but if a witness is going to testify as to

[Page 46]

E. F. TRUMP

a document, he either knows what it is or he doesn't. He has to tell you that. You can't tell him what it is or isn't. You can tell what you think it is, but --

THE WITNESS: I assume they are domain names. Go ahead.

BY MR. YUNG:

**Q.** There are like over 10,000 domain names using that Web site that shows like domain names that contains the word trump or contains the spelling trump. I didn't print out all 10,000 but the first two pages. There are two queries in there. The first is "Donald Trump" and another query was "containing trump." Do you see on the right side it lists out all the TLDs or .com .net, and so forth like that? So those are previously registered, or currently registered, or active domain names and contains the word trump.

A. "About a trumpet" is one of them. "About trumpets" is another one.

**Q.** So you see a lot --

[Page 47]

E. F. TRUMP

A. "About trumpet skirt" is another one.

**Q.** So are you aware of the idea that's behind what I'm showing you?

MR. WEINBERGER: Objection.

THE WITNESS: "About Donald Trumph," T-R-U-M-P-H. Yes, I am aware that these clearly have the trump name in them.

BY MR. YUNG:

**Q.** Right. So we can establish that there's over 10,000 of these domain names that contains the word trump in it. I would like to ask you, do you intend to make claims on these domain names, like trumpet.com?

MR. WEINBERGER: Object to the question. You've told the witness that there are 10,000 names.

MR. YUNG: Over.

MR. WEINBERGER: You've told the witness that there are over 10,000 names.

MR. YUNG: It's listed in there.

[Page 48]

E. F. TRUMP

MR. WEINBERGER: The list on Exhibit 3 only shows --

MR. YUNG: In the top it says that there's over 10,000 entries.

MR. WEINBERGER: I understand the document speaks for itself. On the first page, it says, "Showing one to 100 of approximately 4,744." The second page -- the second collection of documents, which is the query that asks to include any domain names that includes trump somewhere in it says, "One to 100 of approximately 18,000." But these lists that are on Exhibit 3 show two separate lists of 100 names. I only wanted to note that for the record. You can ask him about 10,000 all you want, but the document says what it says.

BY MR. YUNG:

**Q.** Okay. So this is going to show that you can go to the Web site any time to get the same queries again which would show the

[Page 49]

E. F. TRUMP

10,000 domains names, over 10,000 domain names. So back to my question, since there are over 10,000 domain names that contains the word trump, do you have any intentions, or your Trump Organization, or Donald Trump, have any plans to make claims on these domain names, like trumpet.com?

MR. WEINBERGER: Same objection. Go ahead.

THE WITNESS: Of course not because trumpet.com is not relevant to our business. It's not relevant to the intellectual property that we own. We will go after the trade names that are trying to benefit from our name and use our name for the interest of their own business. We will go after those, and we will shut them down, and we have done so very successfully. Many of these aren't even remotely relevant as they pertain to our business. And quite frankly, you could go after domain names until you're blue in

[Page 50]

E. F. TRUMP

the face, and there would be no point going after "trump/hR." That has no relevance to our business nor are they capitalizing off our name in their own self interest. So we would not go after a trade name like that, but we would go after ones that are actively trying to extort us, actively trying to hold us up very much like the ones in this case, actively trying to name Web sites in the exact same way as we name our Web sites, which is the Trump name, which is owned intellectual property in conjunction with a place that we are doing business, as in Mumbai, or as in Abu Dhabi, or as in India, or China, or New York City, or any of the other ones that we own.

BY MR. YUNG:

**Q.** Do you agree that trumpet.com can be interpreted as Trump Entertainment, ET.com?

MR. WEINBERGER: Objection.

[Page 51]

E. F. TRUMP

THE WITNESS: I think it's pretty far-fetched.

BY MR. YUNG:

**Q.** If the content has materials that parody the Trump Organization or assets of Donald J. Trump, will you go after that because of the content?

MR. WEINBERGER: Objection.

THE WITNESS: Yes, we would. If it was trying to benefit from our name, and we own Trump, and I believe we own Trump Entertainment, albeit that the attorneys can answer that question for you, so I think we would have that intellectual property regardless, yes, we would go after it.

BY MR. YUNG:

**Q.** So TrumpET, interpreted it that way, you would be interested in that domain name, in acquiring that, for your purposes of illustrating materials related to Trump Entertainment?

A. I think we would go after Trump

[Page 52]

E. F. TRUMP

Entertainment.

**Q.** Not TrumpET?

A. We would only go after TrumpET if it was -- we probably wouldn't need TrumpET unless it was hurting our brand, unless somebody was trying to use it at the detriment of our company and to make money based on a company that we built ourself.

**Q.** Can you tell me how many domain names are you planning to acquire on behalf of Donald Trump or the Trump Organization?

MR. WEINBERGER: Objection.

THE WITNESS: I would have no way of even being able to quantify that. I can tell you I have acquired thousands of them.

BY MR. YUNG:

**Q.** So your plans, maybe you can't quantify them, about 10, about 100, about 500, like a ballpark feel?

MR. WEINBERGER: You asked and he answered he couldn't answer that question.

THE WITNESS: We acquire

[Page 53]

E. F. TRUMP

thousands of domain names.

BY MR. YUNG:

**Q.** I guess you may have answered it, so I'll skip to other ones. Do you know what political free speech means?

A. Yes, I do.

**Q.** Can you elaborate on that?

A. Political free speech is the right to say what you want.

**Q.** That's it?

A. Yeah, it's the freedom of speech.

**Q.** When were you aware of the parody and political free speech contents that are on the Web sites of the at-issue domain names?

MR. WEINBERGER: Objection.

THE WITNESS: When was I aware of --

BY MR. YUNG:

**Q.** When were you made aware of the parody and political free speech content?

A. I think I would be aware of it when I visited the Web site.

**Q.** When was that?

[Page 54]

E. F. TRUMP

A. I believe it was today.

**Q.** Just today?

A. Correct.

**Q.** So overall during this legal dispute, you went to the Web site just today?

A. No. My attorneys went to the Web site.

**Q.** But I was asking you.

A. I visited it in anticipation of today to see what was on there, but obviously I knew what was on the Web site.

**Q.** Okay. Can you let me know, does the individual, Donald Trump, know about the at-issue domain names?

A. He entrusts me to take care of issues like this on his behalf.

**Q.** So you're not even sure if he knows about it.

A. He knows. He has a team of qualified employees.

**Q.** But I'm asking you, does he know about it, he himself?

A. Let me answer your question. He

[Page 55]

E. F. TRUMP

knows that he has a team of qualified people including myself, including Alexis, including the team from Fross Zelnick who protect his intellectual property on a daily basis.

**Q.** So he may not even be aware of this litigation; is that what you're inferring or implying?

A. I'm saying that my father defers to me to handle this kind of litigation on his behalf.

**Q.** So I'm asking you specifically he may not be aware of this litigation?

A. That's correct. And by the way, let me interject, if my father knew about every single one of the litigations like this --

**Q.** You just said that --

MR. WEINBERGER: Let him finish his answer.

THE WITNESS: If my father knew about every litigation like this that the company faces on a daily basis, he wouldn't be able to sleep at night.

[Page 56]

E. F. TRUMP

BY MR. YUNG:

**Q.** Okay. So are you aware if the individual, Donald Trump, gave permission to anybody to use his name in any legal dispute, more specifically did he give permission to anyone to use his name for this legal dispute because it's in the caption of the arbitration claim and the caption of the counterclaims.

MR. WEINBERGER: Objection, compound question.

THE WITNESS: That's too broad. I don't know what that means. Has Donald Trump ever given somebody permission to use his name? I don't know what that means.

BY MR. YUNG:

**Q.** Because when he filed the arbitration claim, in the caption it was Donald J. Trump, not Trump Organization and not Eric Trump. So I'm asking did he give permission to anybody, to you, to Alexis Robinson, or Todd Martin to use his name?

A. I have full permission, as his son,

[Page 57]

E. F. TRUMP

to protect the Trump family name, and that's part of my job, that's part of my job description, which you already established earlier in the deposition.

**Q.** So you can't answer that?

A. I have full permission to use his name, and defend his name, and defend the Trump family name against people who infringe on intellectual property that we own. I couldn't be more clear about that.

**Q.** Sure, sir. Okay. It appears that your party in this litigation delayed over three years since your initial registration of the domain names. Can you explain why is that?

MR. WEINBERGER: Objection, foundation.

THE WITNESS: We handle domain name intellectual property infringement as soon as we become aware of it. I believe we tried to handle this one amicably by coming to you and asking for the domains back. I think when you said no, we

[Page 58]

E. F. TRUMP

did a WIPO filing. We effectively won that. Obviously this is an appeal. This has been going on for some time. As soon as we found out about the infringement, we acted on it as we do with any infringement that we feel is detrimental toward our company.

BY MR. YUNG:

**Q.** Why didn't you register the domain names right at the moment when Donald Trump, Jr. visited India?

A. We register domain names all the time. In fact, I would even argue that preemptively registering domain names could potentially allude to newspaper, press that you're coming into a market, and sometimes you don't want to have that happen when you want to quietly enter a market and come up with something big before you launch that.

We register domain names all the time. I think, in fact, you're the first one to say that there are over 10,000 trump domain names just that you've printed out

[Page 59]

E. F. TRUMP

alone. You can't expect any company of our size to register every single permutation of every single domain name. I think you would agree.

**Q.** I have no opinion on that.

A. I didn't think so.

**Q.** It also appears that your party used delay tactics when your party delayed another three months after your initial telephone conference in October 2010 and then waited, the delay tactics, waited another three months until December 2010 to file your arbitration claim. Why is that?

MR. WEINBERGER: Objection to the form of the question, and object to the use of "delay tactics." If you want to ask him a question about when something was done and when something else was done, that's fine, but there is no reason to bring that kind of characterization to a question.

THE WITNESS: I can assure you we don't use delay tactics. When

[Page 60]

E. F. TRUMP

somebody is infringing on our rights, we go after them, we file, we normally try to solve it amicably. We normally do a very good job doing so. When we can't do that, obviously we use other means to get out intellectual property back. That's exactly what happened here.

BY MR. YUNG:

**Q.** But my question was, why was there a delay of three months from the initial conference in October of 2010 and until December 2010; why was there a delay?

MR. WEINBERGER: Objection, foundation.

THE WITNESS: I don't know the delay you're referring to. We handle intellectual property matters as they come across our desk. We handle them efficiently, we handle many of them, and we handle them in due course with our business.

BY MR. YUNG:

[Page 61]

E. F. TRUMP

Q. Tell me when did you become aware of the at-issue domain names?

A. When this all started.

Q. Can you describe a ballpark feel of what year and month?

A. I wouldn't know off the top of my head. We have regular meetings about issues exactly like the one we're talking about right now.

Q. You cannot give a ballpark feel of when you were made aware of the at-issue domain names?

MR. WEINBERGER: Asked and answered.

THE WITNESS: I have no idea of the exact month. I wouldn't even know the year. We deal with so many of these unfortunately.

BY MR. YUNG:

Q. So let me ask you, when did you take responsibility in handling this legal matter?

MR. WEINBERGER: Objection.

THE WITNESS: I have a team of

[Page 62]

E. F. TRUMP

very capable people. They handle legal matters just like this who report to me on a weekly and monthly basis or really as needed. They took responsibility for this matter. They saw that it was infringing, that it was trying to use the Trump name in an inappropriate way and infringe on what we own and rightfully own, and they took action of that. And obviously, I'm informed every step of the way, so I was involved from the very beginning.

BY MR. YUNG:

Q. But you cannot tell me the exact month or the year?

MR. WEINBERGER: Asked and answered.

THE WITNESS: Unfortunately, these all blend together.

BY MR. YUNG:

Q. Can you tell me when did you begin to direct your employees or lawyers to take

[Page 63]

E. F. TRUMP

legal actions?

A. The second it hurts our name.

Q. Do you know the month and a year? I can understand you don't remember the day of the month but what about the month and the year?

A. I have answered this question three times. I'm happy to do it again. We deal with hundreds of these issues just like the one that we have in front of us today. Most of them, we solve amicably. The other ones, we take to court, and quite frankly, we usually win because we're a very well-known company, and unfortunately, people try and do this all the time. They all blend together. We deal with hundreds of these. I can't tell you the exact month. I can't even tell you probably the year that this started or I became involved.

Q. So you're basically responsible for the arbitration claims and the counterclaims in this legal dispute?

MR. WEINBERGER: Objection.

THE WITNESS: Yes, I am the

[Page 64]

E. F. TRUMP

person in my company responsible for arbitration claims, litigation claims as it relates to intellectual property.

BY MR. YUNG:

Q. Do you know what were the days that the at-issue domain names were registered?

MR. WEINBERGER: Objection.

THE WITNESS: I have no idea.

BY MR. YUNG:

Q. What about when you realized -- when did you realize that these domain names were registered?

MR. WEINBERGER: Objection.

THE WITNESS: I have no idea.

BY MR. YUNG:

Q. Do you think your father, Donald Trump, is setting you up as a scapegoat in this case so he can protect his older son, Donald Trump, Jr.?

MR. WEINBERGER: Objection.

THE WITNESS: Protect my older brother?

BY MR. YUNG:

[Page 65]

E. F. TRUMP

**Q.** Let me elaborate. He mentioned and promoted in the arbitration claim Donald Trump, Jr. as being the executive vice president of the company and taking matters, business matters, in his own hands in going to India representing the Trump Organization, promoting his personality, promoting his business acumen in the arbitration claims.

Now, suddenly he's out of the picture in the counterclaims, in documents submitted by your counsel, and now -- right now in this discovery process, suddenly you came into the picture stating that you're the one whose taking care of all these situations, legal claims, and so forth. So I'm just asking you, do you think your father, Donald Trump, is setting you up as a scapegoat on this legal case so he can protect his older son, Donald Trump, Jr.?

MR. WEINBERGER: Objection to the form of the many questions that were just asked.

THE WITNESS: How did I know

[Page 66]

E. F. TRUMP

that was coming? Let me start by saying, I made it very clear at the beginning of this deposition that I'm responsible for intellectual property in the Trump Organization. I went on record, I said it under oath. That is a fact. There is no one setting anybody up for this.

Second of all, I find it interesting that you specifically refer to Trump India when I have spent tremendous amount of time in Asia, I have spent a tremendous amount of time in China, Trump Beijing, using the example. I have spent a tremendous amount of time in Abu Dhabi. I've spent a tremendous amount of time in the UAE, all other domain names that you happen to own and happen to be cybersquatting. So to say that my brother went over to India and is, therefore, responsible for a domain name, which is something in the company that I

[Page 67]

E. F. TRUMP

handle, because he happened to take a trip over there, in fact, we've taken many trips or he's taken many trips over there, and the rest of my family has taken many trips over there, and the executives of our organization have taken many trips over there, and we're working on projects over there, I think is quite frankly off base.

BY MR. YUNG:

**Q.** Okay. So what you're trying to say is because you've taken many trips to locations that contains the domain names, the at-issue domain names, therefore, it gives you rights to the at-issue domain names?

MR. WEINBERGER: Objection. The witness' testimony is what he said. It's in the record, and the reporter can read it back if you want, but you shouldn't characterize what he said.

THE WITNESS: Aside from that,

[Page 68]

E. F. TRUMP

I've already mentioned earlier that aside from doing many business trips to these places, having projects in many of those locations, we also have many other business interests in these countries, in these areas around the world.

I have spoken to The Apprentice, I have spoken to books, I have spoken to major high-rises that are either in the works or had been announced in many of the places that really are in question as part of this.

The Apprentice has been translated into literally dozens of languages so have the books. Miss Universe has been in every single one of these countries. In fact many of these countries have done very well in Miss Universe and every single year vie to try and get Miss Universe in their country. We have executives from every branch of our

[Page 69]

E. F. TRUMP

organization over in these countries on a very regular basis.

So yes, we travel there. We travel there for business. We travel there for all our ventures. We travel there extensively. The media covers us extensively. Even when we're not there, the media is covering us in these countries. I could not be more clear that we've got ongoing business ventures in virtually every single place that you've mentioned and virtually almost every place around the world.

BY MR. YUNG:

**Q.** Okay. Let me ask you, who else are you aware of that's intimately involved in this legal dispute?

A. Myself, Alexis Robinson, and our team from Fross Zelnick.

**Q.** Anybody else in the Trump Organization?

A. No.

**Q.** Okay. I guess that's all my

E. F. TRUMP

questions.

MR. WEINBERGER: Can we take a break. I have a few questions for Mr. Trump.

(Whereupon, a recess was taken.)

CROSS-EXAMINATION

BY MR. WEINBERGER:

**Q.** Mr. Trump, I think you testified earlier in response to one of the plaintiff's questions that you became aware of the, "free speech and parody" on his Web site when you looked at it. Do you recall that testimony?

A. I became aware of the Web site when I looked at it, clearly not free speech.

**Q.** Can you explain?

A. When I looked at his Web site, it's the first time I became aware of the content. Quite frankly, I thought the content was inflammatory, you know, defamed us but certainly not as it pertains to free speech.

(Continued on next page to include jurat.)

E. F. TRUMP

**Q.** No more questions.

(Whereupon, at 2:06 p.m., the examination of this witness was concluded.)

__________________________

ERIC F. TRUMP

Subscribed and sworn to before me this _____ day of __________, 2011.

______________________________

NOTARY PUBLIC

I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| Mr. Trump | Mr. Yung | 6 |
| | Mr. Weinberger | 71 |

E X H I B I T S

| PLAINTIFF'S | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Wikipedia entry | 25 |
| 2 | E-mail from Mr. Martin | 33 |
| 3 | DomainTools document | 46 |

I N S E R T S

| DESCRIPTION | PAGE/LINE |
|---|---|
| None | |

R E Q U E S T S F O R P R O D U C T I O N

| DESCRIPTION | PAGE |
|---|---|
| None | |

Q U E S T I O N S M A R K E D F O R R U L I N G

| QUESTIONING ATTORNEY | PAGE/LINE |
|---|---|
| None | |

C E R T I F I C A T E

STATE OF NEW YORK )
ss.:
COUNTY OF KINGS )

I, BINITA SHRESTHA, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 18th day of November, 2011.

____________________________
BINITA SHRESTHA

[Page 74]

STATE OF NEW YORK )
ss.:
COUNTY OF KINGS )

I wish to make the following changes, for the following reasons:

PAGE LINE

____ ____ CHANGE:___________________________
REASON:___________________________

____ ____ CHANGE:___________________________
REASON:___________________________

____ ____ CHANGE:___________________________
REASON:___________________________

____ ____ CHANGE:___________________________
REASON:___________________________

____ ____ CHANGE:___________________________
REASON:___________________________

____ ____ CHANGE:___________________________
REASON:___________________________

[Page 75]

A

**able** 11:11 12:16 53:15 56:24
**above-entitled** 1:17
**absolutely** 29:7 37:12
**Abu** 15:16 18:15 51:18 67:18
**accuracy** 4:20 5:19
**accurate** 17:18 19:20 27:24 27:25
**acquire** 23:5 32:8,19,22 33:4 35:23 53:11,25
**acquired** 40:3 53:17
**acquiring** 22:20 32:13 52:22
**acquisition** 26:11,19
**acquisitions** 24:7,17 26:8
**acted** 59:6
**acting** 9:17,18 44:21
**action** 1:17 63:11 74:15
**actions** 64:2
**active** 26:14 47:21
**actively** 20:20 23:13 26:9 40:22 51:9,10,12
**activities** 28:17
**actor** 44:20
**actual** 28:15
**acumen** 66:9
**administer** 3:7
**advisor** 27:16
**aforementioned** 25:24 33:7 46:6
**agree** 5:7 6:9 51:23 60:5
**AGREED** 3:1,10,13
**agreement** 4:19 5:12 15:23 33:24
**ahead** 47:8 50:10
**albeit** 52:14
**Alexis** 2:18 8:10 9:22 10:6 29:16 34:13 37:23 56:3 57:23 70:20
**allow** 5:10
**allude** 59:17
**Alongside** 26:23
**amicably** 58:23 61:5 64:12
**amount** 39:8 40:21 67:13,15 67:17,19
**analyze** 27:13
**announced** 69:13
**answer** 5:2 7:20 8:6 12:16 14:19 20:10 22:4 29:24 30:5 35:19 40:5 43:4 52:14 53:23 55:25 56:20 58:6
**answered** 23:20,23 53:23 54:4 62:15 63:20 64:8
**answering** 14:20 30:6
**anticipation** 55:11
**anybody** 57:5,23 67:9 70:22
**appeal** 17:9 59:4
**appeared** 27:9
**appearing** 3:14
**appears** 44:19 58:12 60:8
**Apprentice** 16:23 27:17,18 42:18 69:9,16
**approximately** 49:9,15
**arbitration** 37:16,21 38:19 38:20 57:9,20 60:14 64:22 65:3 66:3,10
**areas** 18:18,19,23 19:5 23:15 69:7
**argue** 59:15
**articles** 13:8
**ascertain** 43:25
**Asia** 67:14
**aside** 19:11 68:25 69:3
**asked** 5:4 12:17 23:19,22 41:13 53:22 62:14 63:19 66:24
**asking** 4:11 5:6 8:23 9:11 21:21 23:17 30:14 37:19 38:23 39:18 42:12 44:6 45:5,7 55:10,23 56:13 57:22 58:24 66:18
**asks** 49:12
**aspects** 26:9
**assets** 52:6
**Assistant** 2:19
**assume** 21:20 28:22 35:16 46:10 47:7
**assure** 60:24
**attempt** 40:5
**attorney** 8:13 9:16,18 39:17 39:25 43:7 73:23
**attorneys** 2:4 3:2 52:14 55:8
**attorney-client** 30:4,8
**at-issue** 8:24 10:20,21 12:7 12:13 15:4,13 18:13 32:8,19 35:24 38:23 39:11,13 41:4 41:16 54:15 55:16 62:3,12 65:8 68:16,17
**authorized** 3:6
**Avenue** 2:21
**aware** 9:2,5,12,14,15,19 10:4 11:3,5 12:12 21:7,14 22:5 22:16 35:9 37:14 38:13,18 38:24 41:3,14 48:4,9 54:13 54:18,21,23 56:7,14 57:3 58:22 62:2,12 70:18 71:11 71:15,19

B

**B** 73:7
**back** 9:6 12:20,23 23:24 50:3 58:25 61:9 68:22
**ballpark** 53:21 62:5,11
**Bangalore** 16:7
**base** 68:11
**baseball** 44:8
**based** 53:9
**basically** 29:3 64:21
**basis** 29:17 56:6,24 63:5 70:3
**beginning** 63:15 67:4
**behalf** 1:18 9:17 53:11 55:18 56:12
**behind-the-scenes** 27:21
**Beijing** 16:9 18:15 67:16
**believe** 17:3 18:5 33:25 42:7 52:13 55:2 58:22
**belong** 23:16
**benefit** 32:23 45:16 50:16 52:11
**best** 11:8
**better** 19:22
**big** 9:13 15:25 59:21
**Binita** 1:20 74:7,23
**birth** 21:9
**bit** 15:16 36:15
**blend** 63:22 64:16
**blood** 74:16
**blue** 50:25
**board** 24:8
**boardroom** 27:17
**bonuses** 28:18
**books** 16:14 69:10,18
**branch** 69:25
**brand** 18:12 20:16 24:19 27:4 30:25 31:3 53:6
**break** 71:4
**brief** 30:2

**bring** 60:22
**broad** 57:13
**Brooklyn** 1:10 2:14
**brother** 8:2 65:24 67:22
**browser** 10:25 11:20
**building** 15:24 19:2 24:10,10
**buildings** 19:2,18
**built** 11:25 25:6 53:9
**business** 15:9 16:11,22 18:10 27:9,10,12 28:6 31:7 40:11 40:13,22 50:13,18,23 51:4 51:18 61:24 66:6,9 69:3,6 70:5,12
**businessman** 39:23
**buying** 24:11

**C**

**C** 2:1 73:17 74:1,1
**Cadman** 1:10
**California** 27:7
**call** 45:18
**capable** 63:2
**capitalize** 14:6 18:9
**capitalizing** 42:11,15 51:5
**caption** 32:16 37:21 57:9,10 57:20
**card** 41:8,10
**cards** 7:2
**care** 55:17 66:16
**case** 6:3 14:12,12,22 24:25 51:12 65:20 66:20
**caution** 30:2
**Celebrity** 27:18
**certainly** 31:16 71:22
**certification** 3:4
**certify** 74:9,14
**chance** 12:4
**change** 29:4 75:8,11,14,17,20 75:23
**changed** 29:10 36:13
**changes** 75:4
**changing** 24:13
**characterization** 60:22
**characterize** 68:23
**characterizing** 5:20 46:18
**Charlottesville** 26:20
**Chicago** 17:24
**China** 16:9,10,16,17 51:19 67:15
**Chinese** 16:15
**circle** 34:3,6
**circled** 26:6
**City** 51:20
**claim** 37:16,21 38:19,20 57:9 57:20 60:14 66:3
**claims** 48:16 50:7 64:22 65:3 65:4 66:10,17
**clarify** 32:17
**clarity** 32:5 34:9 41:7
**clear** 39:24 43:6 58:11 67:3 70:11
**clearly** 48:9 71:16
**closely** 29:16
**Club** 26:25
**CMS** 13:6
**CNBC** 27:12
**coach** 7:21
**coaching** 5:21
**cognizant** 41:3,14
**coincidentally** 17:7
**collection** 49:11
**com** 47:18
**come** 24:22 36:24,25 37:2 59:20 61:21
**comes** 9:20 29:2
**comic** 44:19
**comical** 45:2
**coming** 7:9 37:4 58:23 59:18 67:2
**comment** 27:13
**commercial** 16:13 19:13
**common** 21:21
**communication** 30:4,8
**companies** 15:18
**company** 9:13,20 14:3,9,24 15:22 17:10 21:5 28:23 29:16 31:5,24,25 32:2,3,4 32:12,21,23,24,25 33:3 36:10 37:4 53:8,9 56:23 59:9 60:2 64:15 65:2 66:5 67:25
**compensated** 22:19
**compensation** 22:24 28:12,18
**complaint** 34:25 36:23
**components** 19:11,12,13,14
**compound** 21:17 57:12
**concerned** 23:16
**concerning** 10:19 35:4
**concluded** 72:5
**condo** 28:15,15
**conference** 60:11 61:14
**conferences** 27:11
**confidentiality** 31:11
**conjunction** 51:16
**connection** 44:3
**construction** 27:2 28:17
**contain** 46:22
**containing** 47:17
**contains** 46:15 47:12,13,22 48:14 50:4 68:15
**content** 13:5 42:12 52:5,8 54:22 71:20,21
**contents** 54:14
**context** 43:22 44:17
**continue** 31:15 41:12
**Continued** 71:24
**copy** 3:15 6:23,25 34:25
**corporate** 28:8,11 38:6
**corporation** 18:12
**correct** 20:3 55:4 56:15
**correction** 34:17
**cost** 3:16
**counsel** 2:19 3:14 7:20 37:24 66:13
**counterclaims** 57:10 64:22 66:12
**countries** 15:15 20:7,8,15 40:12,14 69:7,20,21 70:2,10
**country** 22:10 69:24
**COUNTY** 74:4 75:2
**course** 17:25 18:3 24:11 31:7 45:15 50:11 61:24
**court** 1:1 25:14 64:13
**covering** 70:10
**covers** 70:8
**CROSS-EXAMINATION** 71:7
**current** 13:19
**currently** 18:16 27:5 40:13 47:20
**custody** 6:21 8:24 9:11
**cybersquatting** 67:21

**D**

**D** 2:8 73:1,17,21
**daily** 27:3 28:24 29:17 31:7 56:5,23

**date** 26:3 33:10 35:13 46:9
**day** 24:9,9,9,11,12 29:15 36:9 64:5 72:11 74:20
**days** 39:3 65:7
**deal** 28:4 62:18 64:9,17
**dealing** 15:12 18:25 28:9,9 28:10,11
**deals** 15:19 17:16
**December** 35:13 60:13 61:15
**defamed** 71:21
**defend** 58:8,8
**Defendant** 1:8,17
**Defendants** 2:4
**defers** 56:10
**define** 45:8
**definitive** 24:14
**delay** 60:9,12,17,25 61:13,15 61:19
**delayed** 58:13 60:9
**delivered** 10:22 11:4
**department** 10:13
**depending** 19:14 37:11
**depends** 24:12
**deposition** 3:4,5,9,16 4:12,18 5:11 7:21 25:17 58:5 67:4
**describe** 24:3 42:8 44:25 62:5
**described** 45:13
**describes** 27:23 38:20
**describing** 36:21
**description** 10:11 19:20,23 24:4,14,23 27:24 28:4 29:3 29:4,10 33:12,17 42:13 46:13 58:4 73:8,14,18
**description's** 34:11
**design** 22:14 27:2
**desk** 61:21
**detriment** 53:8
**detrimental** 59:8
**developed** 18:11
**developer** 15:8,9 16:4 31:4
**developing** 19:4,5 20:21
**development** 24:7,16 26:8,10 26:12,21 27:14
**device** 13:14
**Dhabi** 15:16 18:15 51:19 67:18
**dictionary** 21:12,12
**different** 12:21 15:18 16:13 17:2 43:10
**differs** 24:9
**direct** 34:4 63:25
**directly** 27:5
**disconnect** 44:6
**discovery** 66:14
**discussing** 12:8
**dispute** 13:19,20 35:2 55:6 57:6,8 64:23 70:19
**disputes** 14:4 29:25
**distasteful** 42:22
**DISTRICT** 1:1,2
**document** 25:25 33:8 46:7 47:2 49:7,20 73:11
**documents** 27:20 49:11 66:12
**doing** 5:23 9:19 15:18 38:4,5 40:13 51:17 61:6 69:3
**domain** 8:24 9:6,12 10:22 12:7,13 15:4,5,13 17:20 18:7,13 20:24 22:20 23:4 28:4,5 29:20 30:10,16,18 31:19 32:9,14,19,22,23,25 33:3,4 35:2,5,24 38:23 39:11,13 41:4 46:11,21 47:8 47:10,12,21 48:13,16 49:13 50:2,4,8,25 52:21 53:10 54:2,15 55:16 58:15,19 59:11,14,16,22,25 60:4 62:3 62:13 65:8,13 67:20,24 68:15,16,17
**domains** 10:20 41:16 50:2 58:24
**DomainTools** 73:11
**domestic** 15:8
**Donald** 1:7 7:24,24,25 8:2,7 9:21 10:5,9 18:16 21:9 27:19 32:6,17,18 34:25 35:21 36:10 37:15,20 38:14 38:22,24 47:16 48:7 50:6 52:7 53:12 55:15 57:4,15,21 59:12 65:18,21 66:3,19,21
**dozens** 16:25,25,25 31:20 69:17
**dry** 28:20
**Dubai** 15:20
**due** 61:24
**duly** 4:4 74:11

**E**

**E** 2:1,1 4:1 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1,7,13,17 73:17,21,21 74:1,1
**earlier** 58:5 69:2 71:10
**easily** 36:4,5,7,17
**East** 1:10
**EASTERN** 1:2
**Easy** 2:13
**economic** 27:13
**economy** 27:15
**effect** 3:8
**effectively** 59:2
**efficiently** 61:22
**either** 37:24 47:2 69:12
**elaborate** 20:5 43:19 54:8 66:2
**electronic** 34:24
**employees** 28:18 36:19 37:7 37:24 55:22 63:25
**encircled** 34:23
**Enclosed** 34:24
**encompass** 24:21 29:4
**encompasses** 24:24
**enforce** 38:2,2
**engaged** 40:22
**English** 21:8,11,13 22:7,8,16
**ensure** 27:4
**enter** 59:20
**entering** 18:23
**Enterprise** 16:12
**Entertainment** 51:24 52:13 52:24 53:2
**entities** 36:8
**entitles** 40:8,9,18,23
**entity** 38:6
**entries** 49:5
**entrusts** 55:17
**entry** 21:8,11 73:9

**Eric** 1:16 4:2,12 26:21 36:4 36:12,17 57:22 72:7
**Esq** 2:8,18
**establish** 21:25 48:12
**established** 41:25 58:4
**estate** 17:17 19:5,6 26:10,14 27:10
**ET.com** 51:24
**everybody** 11:8
**exact** 20:25 51:13 62:17 63:17 64:18
**exactly** 17:19 31:8 61:9 62:9
**examination** 1:15 4:7 72:4 73:3 74:10,12
**examined** 4:5
**example** 15:16 16:2 17:23,24 17:25 18:2,3,4,4 67:16
**examples** 17:22
**executive** 24:6,15 26:7 28:23 66:4
**executives** 68:7 69:25
**exhibit** 25:10,14,16,19 26:2 33:6,9,15,22,22,23 45:19 46:8 49:3,16
**exhibits** 45:23,24
**existence** 17:4
**expanding** 16:12
**expansion** 26:24
**expect** 60:2
**explain** 58:15 71:17
**exploring** 23:14
**extensively** 70:7,8
**extent** 30:6 39:18
**external** 4:23
**extort** 51:9
**e-mail** 33:18 34:21 35:8,13 35:20 36:3,14 37:22 73:10

**F**

**F** 1:16 4:1,2 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1,7 73:17 73:21 74:1
**Fabulous** 27:20
**face** 51:2
**faces** 56:23
**fact** 31:2 59:15,23 67:8 68:3 69:20
**fairness** 44:3
**family** 17:14 36:10 37:4 58:2 58:9 68:6
**far** 23:16
**far-fetched** 52:3
**father** 17:11 26:23 31:24 37:3 42:21 44:19 56:10,16 56:21 65:18 66:19
**father's** 36:19 37:8 38:5,7
**featured** 27:19 28:19
**feel** 53:21 59:8 62:5,11
**Fifth** 2:21
**fight** 14:4,25 31:16
**fighting** 31:7
**file** 60:14 61:3
**filed** 57:19
**filing** 3:3 33:2 59:2
**filings** 40:11
**filming** 17:7
**find** 34:24 46:21 67:10
**fine** 7:13 30:12 39:23 43:5 60:21
**finish** 56:19
**finished** 17:7
**firm** 24:16 34:19
**firms** 37:25
**first** 4:3 7:17 28:20 47:14,15 49:8 59:23 71:19
**fixture** 27:8
**Florida** 27:7
**following** 75:4,5
**follows** 4:6
**force** 3:7
**forced** 14:4
**foremost** 28:20
**form** 3:11 8:5,18 9:4,25 13:11,25 19:8,25 21:16 32:11 36:2 60:16 66:23
**forth** 37:10 38:22 40:16 47:19 66:17 74:11
**Fortunately** 30:23
**fought** 31:13
**found** 25:9 59:5
**foundation** 21:25 35:11 41:18 58:18 61:17
**founding** 21:10
**four** 13:15 23:4,10 39:12
**FOX** 27:12,12
**frame** 38:16
**frankly** 30:19 50:24 64:13 68:11 71:20
**free** 54:6,9,14,22 71:12,16,22
**freedom** 54:12
**freely** 36:20 37:7
**front** 64:11
**Fross** 2:3 56:4 70:21
**full** 11:10 38:7,8,9 57:25 58:7
**functions** 26:13 28:25
**furnished** 3:15
**further** 3:10,13 74:14

**G**

**G** 73:22
**Gap** 22:7
**General** 2:19
**generally** 19:17 24:18
**generic** 21:8,13,19,22
**geographical** 18:14 20:17
**getting** 11:9
**give** 12:4 15:15 17:22 39:10 57:6,22 62:11
**given** 20:15 37:20 43:2 57:15 74:13
**gives** 68:17
**global** 27:14
**go** 5:9 15:10 16:5,21 21:4 28:16 47:8 49:24 50:10,15 50:19,24 51:7,8 52:7,18,25 53:4 61:3
**goes** 26:6
**going** 5:10,12 6:10 16:5 17:6 21:24 35:9,20 39:9 40:5 41:2 45:10 46:25 49:23 51:3 59:4 66:6
**golf** 16:12 17:25 18:3 24:11 26:25 27:6,20,22
**good** 30:24 61:6
**granted** 37:15

**great** 17:23,24
**grossly** 40:7
**grown** 14:9,10 18:10,10
**guess** 7:17 22:15 28:3 33:6 35:18 44:25 45:18 54:4 70:25
**guru** 13:2

**H**

**H** 73:7
**hand** 20:18 74:20
**handle** 24:7 29:5,11 56:11 58:19,23 61:20,22,22,23 63:2 68:2
**handled** 29:15 31:19
**handles** 10:6
**handling** 24:24 28:5 29:9,17 29:20 62:22
**hands** 66:6
**handwriting** 33:24
**happen** 59:19 67:20,21
**happened** 61:9 68:2
**happily** 39:16
**happy** 64:9
**harassing** 8:15
**Hawaii** 18:2
**head** 39:5 62:8
**hear** 28:21
**held** 1:18
**helpful** 25:18
**hereinbefore** 74:11
**hereunto** 74:19
**higher** 23:4
**high-rise** 19:17
**high-rises** 69:11
**hold** 14:17 25:12 33:14 51:10
**holiday** 40:17
**host** 40:18
**hotel** 19:12,22 28:15
**Huh** 23:21
**humor** 44:22 45:3
**hundreds** 31:13,14 64:10,17
**hurting** 53:6
**hurts** 64:3
**H.R** 28:11

**I**

**ICANN's** 35:2
**idea** 48:4 62:16 65:10,16
**identification** 26:3 33:10 46:9
**identify** 29:25
**illustrating** 52:23
**imagine** 44:22
**imitate** 44:23 45:3
**implying** 56:9
**improper** 5:13,15
**inappropriate** 63:9
**include** 49:12 71:25
**includes** 49:13
**including** 56:3,3,4
**incredible** 17:5
**Incredibly** 27:25
**India** 16:2,3 18:15 21:2 38:14 38:21,25 39:8,10,12 40:17 40:20,21 51:19 59:13 66:7 67:12,23
**individual** 32:6,16 35:21 55:15 57:4
**inferring** 56:8
**inflammatory** 42:16 71:21
**information** 11:19
**informed** 63:13
**infringe** 14:7,23 25:5 58:10 63:10
**infringement** 10:7,15 28:10 29:13 30:11 58:21 59:6,7
**infringing** 61:2 63:7
**initial** 58:14 60:10 61:13
**instance** 20:18
**instruct** 8:14 30:5
**instructed** 9:22 10:9
**instructing** 9:10
**intellectual** 23:14 40:10 50:14 51:16 52:16 56:5 58:10,20 61:8,20 65:4 67:5
**intend** 48:15
**intention** 5:22
**intentionally** 6:16
**intentions** 50:5
**interest** 17:14 24:19 50:18 51:6
**interested** 52:21 74:17
**interesting** 67:11
**interests** 15:9 16:11,22 69:6
**interject** 26:17 56:16
**international** 15:7 20:16 21:5 27:10
**internationally** 26:11
**Internet** 10:20,24 11:17,18 11:19,24 25:9 46:21
**interpreted** 11:20 51:24 52:20
**interruption** 41:8
**intimately** 70:18
**involved** 19:15 26:9 27:2 30:17 63:14 64:20 70:18
**issue** 22:20
**issues** 55:18 62:8 64:10

**J**

**J** 1:4,7 2:11 4:9 27:19 34:25 35:21 36:11 37:15,20 52:7 57:21
**JAMES** 2:8
**Jersey** 27:6
**job** 9:19 24:3,8,20 25:2 27:24 28:4,13,24,24 29:10 58:3,3 61:6
**Jr** 7:24 8:2,7 38:14,24 59:13 65:21 66:4,21
**judge** 5:9,17 27:17
**jurat** 71:25

**K**

**K** 73:21
**keep** 6:21 7:3,5 25:4
**kind** 7:18 56:11 60:22
**KINGS** 74:4 75:2
**Kluge** 26:19
**knew** 55:13 56:16,21
**know** 8:10,19 9:18 10:20,23 11:15,16,24 13:2,5,8,13,19 14:2,8 17:10 25:21 28:17 31:9,10 34:2 39:4 41:20 42:23 43:12,17 44:16 45:10 46:19 54:5 55:14,15,23 57:14,17 61:18 62:7,18 64:4 65:7 66:25 71:21
**knowing** 13:22
**knowledge** 22:2
**knows** 47:2 55:19,21 56:2
**Korea** 16:18
**K-L-U-G-E** 26:19

**L**

**L** 2:18 73:22

**land** 18:18
**lands** 18:21,22
**language** 11:25 22:7,8
**languages** 17:2 69:18
**large** 16:10 18:24,24 19:10 31:5
**largest** 15:21
**Las** 17:23
**launch** 59:21
**launched** 15:24
**law** 34:18 37:25
**lawsuit** 4:22 6:4
**lawyer** 10:11 21:19 34:18
**lawyers** 36:18 63:25
**legal** 8:15,20 13:19,20 21:19 24:21,24 37:9 38:11 39:18 39:19,20 55:5 57:5,8 62:22 63:3 64:2,23 66:17,20 70:19
**legally** 21:22 40:2 43:3
**LEHRMAN** 2:3
**letter** 8:22 9:9,10,20,23 10:5 10:8 34:12
**letters** 8:15,20 37:9
**let's** 11:10
**level** 30:12
**license** 15:23
**LINE** 75:7
**linguistic** 44:5
**list** 49:2
**listed** 48:25
**lists** 46:14 47:18 49:16,17
**literally** 16:25 69:17
**litigation** 4:11 5:8 10:13 24:22 28:9 29:9 56:8,11,14 56:22 58:13 65:3
**litigations** 36:20 56:17
**Live** 44:18
**LLC** 26:22
**locater** 20:17,23
**locations** 68:15 69:5
**long** 7:8 31:16
**longest** 17:4
**look** 33:15,20
**looked** 16:6,8 71:13,16,18
**looking** 16:9
**lost** 31:2
**lot** 10:14,17 28:14 30:23 41:23 47:25
**L.A** 18:3

**M**

**M** 73:21
**major** 15:7,8,19,23 16:4,6,22 18:12,12 23:12 31:4,4 69:11
**making** 4:17 7:2 38:21
**management** 13:5
**Manufacturing** 26:22
**mark** 22:15 25:13
**marked** 25:25 33:8 46:7
**market** 59:18,20
**marketing** 26:12 27:3
**markets** 23:12
**marriage** 74:16
**Martin** 34:18 57:24 73:10
**master** 19:16
**materials** 52:5,23
**matter** 13:23 30:11 36:13 62:23 63:6 74:18
**matters** 27:14 28:11 29:14,17 38:3,11 61:20 63:3 66:5,6
**mean** 5:15 28:15
**meaning** 4:24 6:4,14 21:20 21:21
**means** 10:23 13:3 41:20 42:24 54:6 57:14,17 61:7
**media** 27:11 70:8,9
**meetings** 62:8
**membership** 27:3
**memory** 7:2 41:8
**mention** 29:19 30:16,22 31:12
**mentioned** 6:22 35:22 66:2 69:2 70:14
**mentioning** 21:11
**merits** 14:11,21
**Merriam** 21:12
**met** 27:4
**mobile** 13:14
**mock** 42:20
**mocking** 45:15
**modified** 35:3
**moment** 59:12
**money** 14:7 53:8
**month** 62:6,17 63:18 64:4,6,6 64:18
**monthly** 63:4
**months** 60:10,13 61:13
**moves** 15:15
**Mumbai** 16:4 18:15 20:19,19 20:21,23 21:3 51:18
**municipal** 18:18,20,22 19:6

**N**

**N** 2:1 73:1,13,17,21,22
**name** 4:9 9:16 14:6,9 20:22 24:18 25:3,5 29:20 30:9,9 30:10,17 31:12,19 35:2 36:19,20 37:8,9,9,15,20 38:4,5,7,8 42:11,15 48:10 50:17,17 51:5,7,12,14,15 52:12,21 57:5,7,16,24 58:2 58:8,8,9,20 60:4 63:9 64:3 67:24
**names** 8:24 9:6,12 10:22 12:8 12:13 15:5,6,13 17:21 18:7 18:14,14 22:21 23:4 28:4,5 30:18 32:9,14,19,22,24,25 33:3,4 35:5,24 38:23 39:11 39:13 41:5 46:11,21 47:8,11 47:12,21 48:13,16,20,24 49:13,17 50:2,3,4,8,16,25 53:11 54:2,16 55:16 58:15 59:12,14,16,22,25 62:3,13 65:8,13 67:20 68:15,16,18
**National** 17:24 18:3 26:25
**nationally** 26:10
**NBC** 27:12
**necessarily** 40:18
**need** 6:24 12:5 22:23 53:5
**needed** 5:17 63:5
**net** 47:18
**new** 1:2,10,21 2:6,6,14,22,22 4:5 24:16 27:6,6,12 29:2 35:4 51:20 74:3,8 75:1
**newspaper** 59:17
**nice** 16:5
**night** 44:18 56:25
**Nikeel** 15:20
**non-lawyer** 43:5
**normally** 61:4,5
**Notary** 1:20 4:4 72:13 74:7
**note** 21:17 33:21 46:17 49:18
**November** 1:12 74:20

**O**

**O** 73:17,17,17,21,21
**oath** 3:7 67:8

**object** 12:4 39:15 48:18
  60:16
**objection** 8:4,17 9:3,24 11:21
  13:10,24 19:7,24 21:15
  22:22 23:6 29:6 31:21
  32:10 34:14 35:10,25 36:22
  37:17 38:15 41:17,24 43:2
  43:13 48:6 50:9 51:25 52:9
  53:13 54:17 57:11 58:17
  60:15 61:16 62:24 64:24
  65:9,15,22 66:22 68:19
**objections** 3:11
**obvious** 28:19
**obviously** 14:24 55:13 59:3
  61:7 63:12
**October** 8:16,22 60:11 61:14
**officer** 3:6
**official** 10:10
**oftentimes** 19:10
**okay** 10:19 11:14 17:16 18:13
  22:3,18 25:8,23 27:23 31:18
  35:18 38:13 39:6 40:3 41:2
  45:17 46:4 49:23 55:14
  57:3 58:12 68:13 70:17,25
**old** 7:17
**older** 8:3,8 65:20,23 66:21
**ones** 17:20 30:22 31:9,11
  51:8,11,21 54:5 64:12
**ongoing** 70:12
**operation** 39:19,20
**operations** 27:3
**operative** 21:23 40:2 43:3
**opinion** 60:6
**opposition** 45:23
**order** 5:18 15:22
**organization** 2:20 10:12
  18:17 21:10 24:5 27:22
  31:23 32:7,20 35:22 36:6,9
  36:12 37:2 38:10 50:6 52:6
  53:12 57:21 66:8 67:6 68:8
  70:2,23
**Organization's** 37:8
**ourself** 53:9
**outcome** 74:17
**outlets** 27:11
**outside** 37:23
**overall** 19:16 42:22 55:5
**oversaw** 26:18
**overseas** 17:10

**oversees** 27:5
**oversight** 28:8
**owned** 20:7 51:15
**owns** 32:24
**Oxford** 21:11
**O-D-Y** 44:12

**P**

**P** 2:1,1 73:17
**page** 4:16 26:6 49:8,10 71:24
  73:3,8,18 75:7
**Pageant** 16:19
**pages** 47:14
**PAGE/LINE** 73:14,23
**parity** 43:21 44:3,7,8
**parks** 19:4
**parody** 13:8 42:23 43:3,12,17
  43:24,24 44:2,7,9,14,16
  45:2,14 52:6 54:13,22 71:12
**part** 25:2,4,16 26:6 28:13,23
  45:22,23 58:3,3 69:14
**partially** 17:16
**parties** 3:3 74:15
**partnered** 15:20
**partnerships** 18:19
**party** 15:4 39:10 58:13 60:8
  60:9
**Pennsylvania** 27:7
**people** 14:5 17:10 18:9 25:4
  28:21,22 31:2 41:22 56:2
  58:9 63:2 64:15
**permission** 37:14,19 38:7,8,9
  57:4,7,16,23,25 58:7
**permutation** 60:3
**person** 17:13 65:2
**personality** 5:24 31:4 44:23
  66:8
**pertain** 50:23
**pertains** 71:22
**phonetic** 15:21
**picture** 66:12,15
**pivotal** 26:13
**place** 1:19 51:17 70:13,15
**places** 20:15 40:15 69:4,13
**plaintiff** 1:5,18 2:12 4:10
  8:16,23 33:25 46:17
**plaintiff's** 26:2 33:9 46:8
  71:11 73:8
**plan** 19:16

**planning** 53:11
**plans** 15:3,5 17:17 38:21 50:7
  53:19
**plays** 26:13
**Plaza** 1:10 2:5
**please** 34:24
**point** 22:15 35:8 51:3
**policy** 35:3
**political** 54:6,9,14,22
**popularity** 41:3,15,22
**portfolio** 26:25
**post** 4:24 6:5,10 27:13
**potentially** 59:17
**powers** 6:12,19 7:5,12
**predates** 21:9
**preemptively** 59:16
**prefer** 30:22 31:12
**preference** 23:3
**prepare** 7:21
**Present** 2:17
**president** 17:12 24:6 26:7
  66:5
**press** 59:17
**pretty** 27:23 42:22 52:3
**prevent** 18:8
**previous** 29:19 30:16
**previously** 12:17 35:23 47:20
**print** 47:13
**printed** 59:25
**prior** 33:23
**priority** 23:4,8,11,18
**private** 31:25 32:2,3,4
**pro** 2:12 4:10 8:15,23 33:25
  46:17
**probably** 11:7 15:21 28:12
  53:5 64:19
**proceed** 7:14
**process** 21:5 66:14
**project** 15:25 16:5 19:15
  20:17,19,24
**projects** 16:7,8,15,17 17:17
  17:21 18:24,25 19:9,23 24:8
  24:17 26:14 68:10 69:4
**prominent** 27:8 30:25
**prominently** 27:18
**promoted** 66:3
**promoting** 66:8,9
**proper** 46:12
**properties** 26:25 27:6

**property** 23:15 40:10 50:14 51:16 52:17 56:5 58:10,20 61:8,20 65:5 67:6
**protect** 56:5 58:2 65:20,23 66:21
**protected** 9:17
**protecting** 38:11
**protocol** 10:21 11:17,18
**protocols** 10:24 11:3,5
**public** 1:21 4:4 17:13,14 31:25 72:13 74:7
**publicized** 16:24
**published** 16:15
**pulled** 42:21
**purpose** 4:21 5:13
**purposes** 5:8 6:3 52:22
**pursuant** 35:2
**put** 28:7 42:20
**P-A-R-O-D-Y** 13:9 44:7,13
**P-A-R-O-T-Y** 44:11
**P.C** 2:3
**p.m** 1:12 72:3

**Q**

**qualified** 55:22 56:2
**quantify** 53:15,20
**queries** 47:15 49:25
**query** 47:16 49:12
**question** 7:17 8:5,18 9:4,25 11:22 12:12,17,18,21,23 13:15 14:19,21 20:11 21:16 23:23 29:24 30:6 32:11 33:21 35:18,19 36:2 39:19 40:6 41:13 43:9,15 45:6,8 48:19 50:3 52:15 53:24 55:25 57:12 60:16,18,23 61:12 64:8 69:14
**QUESTIONING** 73:23
**questions** 4:12 66:23 71:2,4 71:11 72:2
**quietly** 59:20
**quite** 15:16 30:19 50:24 64:13 68:11 71:20

**R**

**R** 2:1 73:13,17,17,17,21,21 73:22 74:1
**rate** 14:15
**ratings** 17:6 42:18,19
**read** 12:20,23 23:24 25:11 26:5 34:4,13,22 68:22
**reading** 25:22
**real** 17:17 19:5,6 26:9,14 27:10
**reality** 17:4
**realize** 65:13
**realized** 65:12
**really** 16:21 28:16 37:4,13 63:5 69:14
**reason** 20:25 21:2,4 25:7 60:21 75:9,12,15,18,21,24
**reasons** 28:20 75:5
**recall** 35:16,17 71:13
**recess** 71:6
**recognize** 31:3
**record** 5:11 8:12 11:12 21:18 25:15 26:5 30:24 43:6 49:18 67:7 68:21 74:12
**recording** 4:17,23 6:2,25
**refer** 25:19 67:12
**referred** 12:22
**referring** 8:20 11:16 26:18 61:19
**regardless** 52:17
**register** 18:8 20:25 21:2 59:11,14,22 60:3
**registered** 17:20 18:6 40:14 46:14 47:20,21 65:8,14
**registering** 59:16
**registration** 58:14
**regular** 62:8 70:3
**related** 52:23 74:15
**relates** 65:4
**relationship** 7:23 16:3
**relevance** 51:4
**relevant** 50:12,13,22
**remember** 41:13 64:5
**remotely** 50:22
**repeat** 41:14
**rephrase** 43:9,14
**report** 63:4
**reporter** 1:20 11:9 12:19,24 25:14 68:21
**representative** 1:16
**representing** 37:12 66:7
**requires** 30:7
**reserved** 3:12
**residential** 19:12
**resolution** 35:3
**resolving** 38:3
**respective** 3:2
**response** 71:10
**responsibilities** 28:24
**responsibility** 9:15 62:22 63:6
**responsible** 24:16 26:24 64:21 65:2 67:5,23
**rest** 68:5
**resulting** 26:21
**Retail** 28:14
**retain** 37:25
**reveal** 30:3,7
**re-ask** 12:18
**right** 5:3,4,6,20 17:5 18:5 19:2,6,23 22:3,13 34:6,17 35:15 38:12 43:23 45:13 47:17 48:12 54:9 59:12 62:10 66:13
**rightfully** 63:11
**rights** 38:22 39:11,12,20 40:3 40:9,9,24 61:3 68:17
**Robinson** 2:18 8:10 9:22 34:13 57:24 70:20
**role** 10:10,11 24:4,13,22,23 26:13
**rules** 35:3,4
**running** 13:6 17:4,11

**S**

**s** 2:1 38:24 73:7,13,13,17,17 73:21,21
**safeguard** 25:3
**safeguarding** 24:18
**sake** 32:5 34:11 41:6
**sales** 26:12 28:14,15
**satisfied** 7:7,9
**Saturday** 44:18
**saw** 42:9,10,14 63:7
**saying** 7:10 11:14 31:18 40:8 56:10 67:3
**says** 32:16 49:4,8,14,20,21
**scapegoat** 65:19 66:20
**Scotland** 17:25
**se** 2:12 4:10 8:15,23 46:18
**sealing** 3:3
**season** 17:6 27:19
**second** 11:7 14:18 17:3 25:13

33:15 49:10,10 64:3 67:10
**secure** 7:5
**see** 5:9 14:12 32:5 33:13 34:16 35:12 38:13 42:8 47:17,25 55:12
**seeking** 9:6
**seen** 42:2,4,5 44:18
**self** 51:6
**sell** 6:4
**selling** 6:8
**send** 8:14 9:22
**sent** 8:22,25 9:11 10:5,8 33:18 34:12,21 35:9
**Seoul** 16:18
**separate** 49:17
**series** 16:14
**service** 11:24
**set** 74:11,20
**setting** 65:19 66:19 67:9
**settlements** 31:10
**se's** 34:2
**show** 17:4 25:8 33:5 45:17 49:16,23,25
**showing** 48:5 49:8
**shows** 16:23 47:11 49:3
**Shrestha** 1:20 74:7,23
**shut** 50:20
**side** 28:7,8 47:18
**sides** 28:6
**signed** 3:5,8
**significant** 18:18
**simplifying** 40:8
**single** 56:17 60:3,4 69:19,23 70:13
**sir** 58:12
**site** 4:25 6:6,11 13:9 42:10,14 46:13 47:11 49:24 54:24 55:6,9,13 71:13,15,18
**sites** 10:19,21 11:25 12:6 13:6,13,15 17:15,19 40:11 41:4,15,23 42:2,4 46:14 51:13,14 54:15
**situation** 29:5,12,19,21 45:2
**situations** 31:19 66:17
**size** 60:3
**skip** 54:5
**skirt** 48:2
**skit** 44:20
**sleep** 56:24
**slows** 11:8
**smartphone** 13:14
**sold** 16:16,16
**solve** 61:4 64:12
**somebody** 14:22 36:18 45:3 45:15,15 53:7 57:15 61:2
**son** 7:25 57:25 65:20 66:21
**soon** 58:21 59:5
**sorry** 12:3 34:17 44:4
**speak** 20:11
**speaker** 27:9
**speaking** 39:25
**speaks** 49:7
**specific** 9:9 29:25
**specifically** 10:16,17 15:12 18:8 56:13 57:6 67:11
**speech** 54:6,9,12,14,22 71:12 71:16,23
**spelling** 47:13
**spent** 15:16 39:7 40:20 67:13 67:14,17,18
**spoken** 69:9,10,11
**sporting202** 9:11
**sporting202@yahoo.com** 8:25 34:12,22
**ss** 74:3 75:1
**stand** 13:22
**standard** 31:6
**standards** 27:4
**start** 4:15 5:9 7:15 67:2
**started** 62:4 64:20
**state** 1:21 4:5 7:23 35:21 74:3 74:8 75:1
**statements** 42:16
**States** 1:1 17:12
**stating** 66:15
**step** 63:13
**steps** 6:21
**STIPULATED** 3:1,10,13
**Street** 2:13
**structure** 22:25
**subject** 31:10,11
**submitted** 25:10 66:13
**Subscribed** 72:10
**substance** 30:3,7 36:14
**substantial** 39:8 40:21
**successful** 22:20 30:21
**successfully** 16:17 18:11 25:6 50:21
**suddenly** 66:11,14
**suggest** 21:25
**suit** 29:11
**summary** 30:2
**supplemental** 35:4
**sure** 4:15 5:21 9:16 11:9,11 15:14 31:2 39:16 40:7 44:24 55:19 58:12
**Survivor** 17:5
**switched** 41:9
**sworn** 3:6,8 4:4 72:10 74:11
**system** 13:6

**T**

**T** 73:7,13,17,17,21 74:1,1
**tactics** 60:9,12,17,25
**tagged** 25:20
**Taikwok** 1:4 2:11 4:9
**take** 6:20 55:17 62:21 63:25 64:13 68:2 71:3
**taken** 1:18,19 3:9 40:19 68:4 68:4,6,8,14 71:6
**talk** 22:24
**talked** 15:17
**talking** 12:6 25:21 38:12 42:18 43:23 62:9
**task** 27:16 29:2
**team** 55:21 56:2,4 62:25 70:21
**tech** 13:2
**technical** 41:7
**Tel** 2:7,23
**telephone** 60:11
**televised** 16:19
**television** 5:25
**tell** 6:7,16 12:5 18:16 22:18 31:13 32:6 45:11 47:3,4,5 53:10,16 62:2 63:17,24 64:18,19
**telling** 46:24
**ten** 13:21 14:15,15
**term** 21:23 39:20 42:23 43:3
**testified** 4:6 71:9
**testify** 39:16 46:25
**testifying** 6:2
**testimony** 11:10 68:20 71:14 74:13
**thank** 46:4
**things** 28:13 40:19

**think** 9:21 11:7 12:5 20:2 25:2,6 27:25 28:22 31:15 40:7 42:19 44:5,6 47:6 52:2 52:15,25 54:23 58:25 59:23 60:4,7 65:18 66:18 68:10 71:9
**thought** 42:22 71:20
**thousand** 18:6 28:12
**thousands** 53:17 54:2
**three** 58:14 60:10,13 61:13 64:8
**time** 1:19 3:12 14:5,13 15:17 24:14 38:15 39:8 40:21 49:24 59:5,15,23 64:16 67:13,15,17,19 71:19
**times** 64:9
**TLDs** 47:18
**today** 25:7 55:2,3,7,12 64:11
**Todd** 34:18 37:23 57:24
**told** 5:17 48:19,22
**tool** 46:20
**top** 16:23 39:4 49:4 62:7
**Tower** 19:21
**towers** 19:2
**track** 30:24
**trade** 50:15 51:7
**trademark** 10:6,14 21:3 28:10 29:13,14 30:11
**trademarked** 22:9
**trademarks** 14:23 18:6 20:6 20:7 30:19 40:14
**transcript** 4:21 5:19 25:17,22
**transfer** 11:19
**translated** 69:17
**travel** 70:4,5,6,7
**tremendous** 67:13,14,17,18
**trial** 1:15 3:12
**tried** 58:22
**trip** 38:18 40:17 68:3
**trips** 40:20 68:4,5,6,8,14 69:3
**true** 42:20 74:12
**trump** 1:7,16 2:20 4:1,2,13 5:1,24 6:1 7:1,24,24,25 8:1 8:2,7,13 9:1,21 10:1,5,9,12 11:1 12:1 13:1 14:1 15:1 16:1 17:1,23,23,24,25 18:1 18:2,2,3,17,17 19:1,21,22 20:1,18,22,25 21:1,3,8,9,10 21:13,18 22:1,6,16 23:1 24:1,4,18,19 25:1,3 26:1,8 26:14,16,21,23,24 27:1,5,5 27:8,16,21,22 28:1 29:1 30:1 31:1,23 32:1,7,7,17,18 32:20 33:1 34:1,25 35:1,21 35:22 36:1,4,6,11,11,12,17 36:25 37:1,8,15,20 38:1,10 38:14,22,24 39:1,15 40:1 41:1 42:1,11,15 43:1 44:1 45:1 46:1 47:1,12,13,16,17 47:22 48:1,10,14 49:1,13 50:1,5,6,6 51:1,15,24 52:1,6 52:7,12,13,23,25 53:1,12,12 54:1 55:1,15 56:1 57:1,4,15 57:21,21,22 58:1,2,9 59:1 59:12,24 60:1 61:1 62:1 63:1,8 64:1 65:1,19,21 66:1 66:4,7,19,21 67:1,6,12,15 68:1 69:1 70:1,22 71:1,5,9 72:1,7 73:4
**TrumpAbuDhabi.com** 12:11 35:7
**TrumpBeijing.com** 12:9 35:6
**trumpet** 47:23 48:2 52:20 53:3,4,5
**trumpets** 47:24
**trumpet.com** 48:17 50:8,12 51:23
**Trumph** 48:8
**TrumpIndia.com** 12:9 35:5 42:7
**TrumpMumbai.com** 35:6
**TrumpMumbiai.com** 12:10
**Trumps** 27:19
**Trump's** 27:4
**Trump.com** 18:4
**trump/hR** 51:3
**truth** 13:22
**try** 21:24 44:22 61:4 64:15 69:23
**trying** 14:6,22 18:9 23:5 25:5 32:8,17,18,21 33:4 35:23 44:25 50:16 51:9,10,12 52:11 53:7 63:8 68:13
**Tube** 42:21
**turned** 45:21
**TV** 17:4
**two** 28:6 47:14,15 49:16
**type** 14:12
**T-R-U-M-P-H** 48:8

U

**U** 73:17,17,21,22
**UAE** 15:17,19,22 67:19
**UN** 2:5
**understand** 13:20 14:11,21 17:11 24:23 34:5 43:22 45:14 46:23 49:6 64:5
**understanding** 39:22 43:20 44:2
**underway** 20:20 24:17
**unfortunate** 14:13
**unfortunately** 14:3 31:6,15 41:20 62:19 63:21 64:15
**United** 1:1 17:12
**Universe** 16:14,18 69:19,22 69:24
**use** 4:23 5:7,13,25 17:19 20:14,22 37:7,15,20 38:4,5 38:7,8,9 50:17 53:7 57:5,7 57:16,24 58:7 60:17,25 61:7 63:8
**usual** 22:19
**usually** 64:14

V

**various** 23:15 40:15
**Vegas** 17:23
**ventures** 16:13 40:12,13,22 70:6,12
**verbal** 25:15
**verify** 4:20 5:18
**vice** 24:6 26:7 66:4
**video** 4:16,20,23 5:18 6:2 41:9,10 42:21
**vie** 69:23
**viewed** 13:14
**Vineyard** 26:20
**Virginia** 26:20
**virtually** 70:13,14
**visit** 38:24 39:10 40:8
**visited** 54:24 55:11 59:13
**visiting** 38:14,21 39:12 41:22

W

**Waikiki** 18:2
**waited** 60:12,12
**waived** 3:5

**want** 6:23 11:11 21:17 28:21
 39:21,24 43:5,25 46:16
 49:20 54:10 59:19,20 60:18
 68:22
**wanted** 4:15 38:10 39:14
 49:18
**wasn't** 10:2,4
**way** 11:18 16:6,10 18:24
 25:21 26:17 35:20 43:10
 51:13 52:20 53:15 56:15
 63:9,13 74:17
**Web** 4:24 6:5,6,11 10:14,19
 10:21 11:25 12:6 13:6,9,13
 13:15 17:15,19 18:7 20:23
 40:11 41:4,15,23 42:2,4,10
 42:14 46:13,14 47:11 49:24
 51:12,14 54:15,24 55:6,8,13
 71:12,15,18
**Webster** 21:12
**WEB-ADVISO** 1:4
**weekly** 63:4
**Weinberger** 2:8 4:14 5:5,16
 6:9,14,20,24 7:6,13 8:4,17
 9:3,24 11:6,21 12:3,19
 13:10,24 14:17 19:7,24
 20:10 21:15 22:22 23:6,19
 23:22 25:12 29:6,23 31:21
 32:10 33:14,19 34:5,8,14
 35:10,25 36:22 37:17 38:15
 39:14 41:17,24 42:25 43:13
 44:4,12 45:5,20,25 46:4,16
 46:23 48:6,18,22 49:2,6
 50:9 51:25 52:9 53:13,22
 54:17 56:19 57:11 58:17
 60:15 61:16 62:14,24 63:19
 64:24 65:9,15,22 66:22
 68:19 71:3,8 73:5
**well-known** 64:14
**well-publicized** 15:24
**went** 30:10 55:6,8 67:7,22
**we'll** 7:15 31:15
**we're** 4:15 7:13 9:6 12:8 14:4
 15:7 16:5,9 17:3,6 20:15
 25:7,21,22 37:3 38:12 40:12
 40:13 43:22 62:9 64:14
 68:9 70:9
**we've** 14:9,10 15:14,17 16:6
 16:8,16 18:10,10 20:7 25:5
 30:20 31:2 39:7 40:19,20

68:3 70:11
**WHEREOF** 74:19
**wide** 19:5
**Wikipedia** 25:11 28:7,19
 73:9
**willing** 5:7
**win** 64:14
**Wine** 26:22
**Winery** 26:19
**winning** 30:24
**WIPO** 33:2 59:2
**WIPO's** 35:4
**wish** 75:4
**witness** 4:3 5:22 7:8 8:7,19
 9:5 10:2 12:14,25 14:2,20
 19:9 20:2,14 22:6,23 23:7
 29:7,24 32:12 35:12 36:3,23
 39:22 41:19 43:4,8,14 44:10
 44:14 45:9 46:10,25 47:7
 48:7,19,23 50:11 52:2,10
 53:14,25 54:18 56:21 57:13
 58:19 60:24 61:18 62:16,25
 63:21 64:25 65:10,16,23
 66:25 68:20,25 72:4 73:3
 74:10,13,19
**witnesses** 3:14
**won** 30:23 31:14 33:2 59:3
**word** 21:7,8,13,22 22:6,7,14
 22:16 47:12,22 48:14 50:5
**words** 46:15,22
**work** 29:16 31:24 38:2,5
**working** 68:9
**workings** 27:21
**works** 69:12
**world** 15:10 16:20,23,24
 17:21 20:9 22:11 23:13
 24:19 25:4 26:15 27:20
 69:8 70:15
**worldwide** 16:19 17:9 31:3
**wouldn't** 10:8 36:13 53:5
 56:24 62:7,17
**wrote** 28:2

**X**

**X** 1:3,9 73:1,7

**Y**

**Yeah** 6:18,24 7:4 20:9 30:13
 34:7 46:3 54:12

**year** 62:6,18 63:18 64:4,7,19
 69:23
**years** 14:10 17:2,2,3 20:8
 30:20 40:10,10 58:14
**yesterday** 17:8
**York** 1:2,10,21 2:6,6,14,22
 2:22 4:5 27:6,13 51:20 74:3
 74:8 75:1
**young** 7:18
**Yung** 1:4 2:11 4:8,9,10 5:2
 5:14 6:7,12,18,22 7:4,12,15
 7:16 8:9,21 9:8 10:3 11:13
 11:23 12:7,15 13:4,12 14:14
 15:2 19:19 20:4 21:6 22:3
 22:12 23:2,9,21 24:2 25:23
 26:4 29:8 30:13,15 31:22
 32:15 33:11,17 34:3,7,10,16
 34:20 35:14 36:16 37:6,18
 38:17 40:4,25 41:6,11,21
 42:3 43:11,16 44:13,15 45:7
 45:12,20,22 46:3,12,20 47:9
 48:11,21,25 49:4,22 51:22
 52:4,19 53:18 54:3,20 57:2
 57:18 59:10 61:11,25 62:20
 63:16,23 65:6,11,17,25
 68:12 70:16 73:4

**Z**

**Zelnick** 2:3 56:4 70:21
**ZISSU** 2:3

**1**

**1** 25:19 26:2 33:23 73:9
**1:00** 1:12
**10** 53:20
**10,000** 47:10,14 48:13,20,23
 49:5,19 50:2,2,4 59:24
**100** 49:9,14,17 53:20
**10017** 2:6
**10022** 2:22
**11236** 2:14
**12th** 17:6
**17th** 35:13
**18** 1:12
**18th** 74:20
**18,000** 49:15

**2**

**2** 33:6,9,22 73:10

**2:06** 72:3
**2010** 8:16 60:11,13 61:14,15
**2011** 1:12 72:11 74:20
**212-715-7255** 2:23
**212-813-5900** 2:7
**225** 1:10
**25** 73:9
**27** 7:19
**27th** 8:16,22

**3**

**3** 45:19 46:8 49:3,16 73:11
**33** 73:10

**4**

**4,744** 49:9
**46** 73:11

**5**

**500** 53:21
**556** 2:13

**6**

**6** 73:4

**7**

**70** 26:14
**71** 73:5
**725** 2:21

**8**

**800** 18:5
**866** 2:5
**88th** 2:13

# Exhibit B

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Web-adviso, J. Taikwok Yung

Plaintiff,

- against -

Donald J. Trump,

Defendants.

CV 11-1413 (DLI) (VVP)

**DISCOVERY**

Discovery (Questions and Request for Information and Documents)

To whom it may concern,

The Plaintiff is continuing the discovery process as previously stated for (Yung vs. Trump) and would respectfully request the following (additional request and questions to follow in succeeding emails and letters):

Ques. 1: Does the defendant own the mark, "TrumpNation"? and if so, please provide docs to verify?

Ques. 2: What are the methods/metrics used by the defendant in measuring and ascertaining the value of his net-worth? Are the feelings of the defendant involved? And please provide all information in every legal case, business dealings, tax calculations/filings where the defendant's feelings are involved.

Ques. 3: On a related note, what does the following statement mean stated by Donald Trump on valuation of his own net-worth:
"Yes, even my own feelings, as to where the world is, where the world is going, and that can change rapidly from day to day. Then you have a September 11th, and you don't feel so good about yourself and you don't feel so good about the world and you don't feel so good about New York City. Then you

have a year later, and the city is as hot as a pistol. Even months after that it was a different feeling. So yeah, even my own feelings affect my value to myself."

Ques. 4: What does Donald Trump feel about minorities, especially "the Chinese"?  Does he feel "the Chinese" are stupid therefore, targets his questionable quality real estate sales to "the Chinese" minorities and have his children to publicly on various media bolster about such questionable sales to "the Chinese"? (It is important to clarify all racist attitude and conniving business acts the defendant have demonstrated since in this case (Yung vs. Trump) a former US Marine and Chinese-American immigrant is the Plaintiff litigant.

Ques. 5: Does Donald Trump hire cronies or use favors of other people to harass and spy on legal opponents?  Please provide all truthful information to the court.

Request for docs and depositions:

1. The Plaintiff formally and respectfully request depositions to be made by Donald Trump.
(Reason) Since the higher court of New Jersey recently affirm a case dealing and relating with the net-worth matter of Donald Trump.  It has become more important in this discovery process to truthfully discover materials dealing with the net worth of Donald Trump and his numerous real estate project claims and why a person other than himself (since this is Yung vs. Donald Trump) can try to claim rights to the at-issue domain names for him if they happen to just travel by Jet or Airplane for vacation. In addition, the defendant have delayed over 3 years to bring his frivolous legal claims, it is very important to provide color and clarity to the matter why the defendant thinks and feels (day-to-day) about his claim to the at issue domains.

2. Please provide documentations relating to all real estate projects from Jan. 1, 2002 to Dec. 31, 2007 (commercial and residential; domestic USA and international) that have internet domain names and also please provide their internet domain name registration information, if any (current and initial registration information).
(Reason) The defendant thinks he has rights to geographical internet domain names of entire cities. Evidence and information needs to be discovered as the extend of ownership of land by the defendant in various places as it relates to the at-issue domains.  Whats more to be clarified, does the defendant own the municipality land like the entire city of Beijing or so and therefore the domain name?  Clarity must be provided as to the defendant's feelings about geographical domain names of entire cities and what legal theories are used since different countries provide different jurisdictions and laws.

(additional request and questions to follow in succeeding emails and the Plaintiff prefer digital format PDF documents)

Thank you for your time....

Respectfully Submitted,

Dated: Sept. 14, 2011

Brooklyn, NY

By: ______________________

J. Taikwok Yung (sporting202@yahoo.com)

556 E88th St.

Brooklyn, NY 11236

tel: 646.309.8421

Pro Se Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Web-adviso, J. Taikwok Yung

Plaintiff,

- against -

Donald J. Trump,

Defendants.

CV 11-1413 (DLI) (VVP)

**DISCOVERY**

Discovery (Questions and Request for Information and Documents)

To whom it may concern,

The Plaintiff is commencing the discovery process for (Yung vs. Trump) and would respectfully request the following (additional request and questions to follow in succeeding emails):

Ques. 1: What is the relationship between Donald Trump and Donald Trump Jr. and please describe the various roles that Donald Trump Jr. played in the Trump Organization and please provide dates on when Jr. took those positions?

Ques. 2: Where and what places did Donald Trump and Donald Trump Jr. traveled domestically and internationally from 2002 to 2007 (inclusive)? (Please documents to verify)

Ques. 3: Has Donald Trump Jr. during 2007 and before 2007, has ever obtain ownership of any domain names legitimately on behalf of Donald Trump or the Trump Organization in the format trump_____.com (hypothetically like TrumpStarTrek.com) for any reason or just because he or Donald Trump flew over on an airplane or jet? (Please documents to verify)

Ques. 4: Why has Donald Trump delayed over 3 years to file/sent harassment legal letters, arbitration claims and frivolous counter claims against the Plaintiff's rightful ownership of the at-issue domains?

Ques. 5: Does Donald Trump understand that the English word "trump" is a generic English word with entries in Merriam-Webster English dictionary and Oxford English dictionary that predates his date of birth and the founding date of the Trump Organization?

Request for docs:

1. Please provide evidence and docs that Donald Trump Jr. is the decision maker in any real estate related deals during 2007 and 5 years prior. In addition, please provide info on travel itinerary from years 2002 to 2007 (5 yrs) as it relates to business deals. Also, please provide info on business transactions that led to a business deal by Donald Trump Jr. from 2002 to 2007.
(Reason): because the defendant stated that Donald Trump Jr. visited India in 2007 and therefore they claim to have rights to the Plaintiff's at-issue domain names, the Plaintiff are seeking docs and evidence to proof Donald Trump Jr.'s role in the company is actually as characterized by the defendant's submitted docs to the court.

2. Please provide evidence and docs that verifies the net worth of the defendant Donald Trump.
(Reason): because the defendant claims to have commenced multi-billion dollar real estate development in India, the Plaintiff request documents to verify that defendant is actually capable of financing such projects and not be someone utilizing a "marketed personality" as a billionaire to make frivolous claims to large projects here and there. In addition, it has been studied by legitimate sources and upheld by previous court cases that Donald Trump might not be a true billionaire as he market his personality to be, so it becomes important to verify Donald Trump's net worth truthfully to the court as to his ability to really finance multi-billion dollar real estate projects in India or anywhere then just making a frivolous statements and claims about it.

(additional request and questions to follow in succeeding emails and the Plaintiff prefer digital format PDF documents)

Thank you for your time....

Respectfully Submitted,

Dated: Sept. 30, 2011

Brooklyn, NY

By: ______________________

J. Taikwok Yung (sp[illegible])

556 E88th St.

Brooklyn, NY 11236

tel: 646.309.8421

Pro Se Plaintiff