# FROSS ZELNICK LEHRMAN & ZISSU, P.C.

**Partners**
Ronald J. Lehrman
Stephen Bigger
Roger L. Zissu
Richard Z. Lehv
David Ehrlich
Susan Upton Douglass
Janet L. Hoffman
Peter J. Silverman
Lawrence Eli Apolzon
Barbara A. Solomon
Mark D. Engelmann
Nadine H. Jacobson
Andrew N. Fredbeck
Craig S. Mende
J. Allison Strickland
John P. Margiotta
Lydia T. Gobena
Carlos Cucurella
James D. Weinberger
David Donahue
Nancy E. Sabarra
Charles T.J. Weigell III
Laura Popp-Rosenberg
Cara A. Boyle

**Counsel**
James D. Silberstein
Joyce M. Ferraro
Robert A. Becker
Michael Chiappetta
Tamar Niv Bessinger
Nancy C. DiConza

**Associates**
Karen Lim
Casey M. Daum
Xiomara Triana
Jason Jones
Alexander L. Greenberg
Lesley J. Matty
Giselle C.W. Huron
Anna Leipsic
Leo Kittay
Carissa L. Alden
Jacqueline M. Russo
Todd Martin

February 16, 2012

**BY CM/ECF**

The Honorable Dora L. Irizarry, U.S.D.J.
United States District Court for
  the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Yung v. Trump*, No.: 1:11-cv-1413 (DLI) (VVP) (Our Ref.: TRMP 10/08087)

Dear Judge Irizarry:

We represent Defendant/Counterclaim-Plaintiff Donald J. Trump ("Defendant") in this matter.  Pursuant to Your Honor's order of February 5, 2012, we write to propose a joint briefing schedule for Defendant's motion for partial summary judgment, upon which we have reached agreement with the *pro se* Plaintiff, J. Taikwok Yung:

    March 16, 2012    Defendant's Moving Brief Due

    April 6, 2012    Plaintiff's Opposition Brief Due

    April 17, 2012    Defendant's Reply Brief Due

We therefore respectfully request that the Court set briefing on this schedule.

Respectfully submitted,

James D. Weinberger

cc:   J. Taikwok Yung (by email and First Class Mail)
      Leo Kittay, Esq.