James D. Weinberger (*jweinberger@fzlz.com*)
Todd Martin (*tmartin@fzlz.com*)
Leo Kittay (*lkittay@fzlz.com*)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10017
Tel:  (212) 813-5900
Fax:  (212) 813-5901

*Attorneys for Defendant/Counterclaim-Plaintiff Donald J. Trump*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WEB-ADVISO and J. TAIKWOK YUNG,<br><br>             Plaintiffs,<br><br>         v.<br><br>DONALD J. TRUMP,<br><br>             Defendant. | **CV 11-1413 (DLI) (VVP)**<br><br>**NOTICE OF DEFENDANT/ COUNTERCLAIM PLAINTIFF DONALD J. TRUMP'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| DONALD J. TRUMP,<br><br>             Counterclaim-Plaintiff,<br><br>         v.<br><br>WEB-ADVISO and J. TAIKWOK YUNG,<br><br>             Counterclaim-Defendants. | |

To:   J. Taikwok Yung/Web-adviso
      556 E. 88th St.
      Brooklyn, NY  11236
      Email:  sporting202@yahoo.com

PLEASE TAKE NOTICE that Defendant/Counterclaim-Plaintiff Donald J. Trump ("Defendant"), by his undersigned counsel, hereby moves this Court for partial summary judgment against *pro se* Plaintiffs/Counterclaim-Defendants Web-adviso and J. Taikwok Yung

{F0976084.1 }

on all of Plaintiffs' claims against Defendant in this proceeding and on Counterclaims I, II, and IV-VI.  The grounds for this Motion are set forth in detail in the accompanying Memorandum of Law, the Statement of Material Facts Not in Dispute Pursuant to Local Civil Rule 56.1, the Declaration of Eric F. Trump and the exhibits thereto, and the Declaration of James D. Weinberger, Esq., and the exhibits thereto, filed concurrently with this Motion.  A Notice To *Pro Se* Litigant Who Opposes a Motion For Summary Judgment is filed herewith, pursuant to Local Rule 56.2.

Dated: March 16, 2012  
      New York, New York

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____  
James D. Weinberger (*jweinberger@fzlz.com*)  
Todd Martin (*tmartin@fzlz.com*)  
Leo Kittay (*lkittay@fzlz.com*)  
866 United Nations Plaza  
New York, NY 10017  
Tel:  (212) 813-5900  
Fax:  (212) 813-5901

*Attorneys for Defendant/Counterclaim-*  
  *Plaintiff Donald J. Trump*