# FROSS ZELNICK LEHRMAN & ZISSU, P.C.

**Partners**
Ronald J. Lehrman
Stephen Bigger
Roger L. Zissu
Richard Z. Lehv
David Ehrlich
Susan Upton Douglass
Janet L. Hoffman
Peter J. Silverman
Lawrence Eli Apolzon
Barbara A. Solomon
Mark D. Engelmann
Nadine H. Jacobson
Andrew N. Fredbeck
Craig S. Mende
J. Allison Strickland
John P. Margiotta
Lydia T. Gobena
Carlos Cucurella
James D. Weinberger
David Donahue
Nancy E. Sabarra
Charles T.J. Weigell III
Laura Popp-Rosenberg
Cara A. Boyle

**Counsel**
James D. Silberstein
Joyce M. Ferraro
Robert A. Becker
Michael Chiappetta
Tamar Niv Bessinger
Nancy C. DiConza

**Associates**
Karen Lim
Xiomara Triana
Jason Jones
Alexander L. Greenberg
Giselle C.W. Huron
Anna Leipsic
Leo Kittay
Todd Martin
Carissa L. Alden
Jacqueline M. Russo
Robin N. Brenner
Sherri N. Duitz

July 3, 2012

**BY CM/ECF**

The Honorable Dora L. Irizarry, U.S.D.J.
United States District Court for
 the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Yung v. Trump*, No.: 1:11-cv-1413 (DLI) (VVP) (Our Ref.: TRMP 10/08087)

Dear Judge Irizarry:

We represent Donald J. Trump in the above-referenced action. On May 22, 2012, Your Honor granted *pro se* Plaintiff J. Taikwok Yung "leave to file a five-page letter distinguishing any unpublished authorities cited in Defendant's Memoranda of law" on his pending partial summary judgment motion, given that Defendant had not promptly provided Plaintiff with a copy of such cases as required by Local Rule 7.2. On June 22, 2012, at Plaintiff's request and upon Defendant's consent, Your Honor granted Plaintiff an extension of time until June 29 to file his response.

Having reviewed Plaintiff's June 29, 2012 letter, we note that Plaintiff has not distinguished – *or even mentioned* – a single judicial opinion in his letter. As such, it goes beyond the scope of Your Honor's May 22, 2012 Order. Moreover, it appears from Plaintiff's letter that he had expected that we would provide him with *every* case cited in our briefs. While we are under no such obligation, *see* Local Rule 7.2, we are sending to Plaintiff today under separate cover every case cited in our two Memoranda and would not oppose a request from Plaintiff for a brief, un-extendable time period for him to review and attempt to distinguish one or more of these opinions (to the extent not already addressed in his opposition brief).

Otherwise, we respectfully request that the Court deny the relief sought in Mr. Yung's June 29, 2012 letter and proceed with disposition of the pending motion.

Respectfully submitted,

*/s/ James D. Weinberger*

James D. Weinberger

cc:   J. Taikwok Yung (by email and First Class Mail)
 Leo Kittay, Esq.