July 5th, 2012

**BY REGULAR MAIL**

The Honorable Dora Irizarry
United Sates District Judge for
the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Web-adviso and J. Taikwok Yung v. Donald J. Trump,*

Civil Action No.: 1:11-cv-1413 (DLI) (VVP)

Dear Honorable Judge Dora Irizarry:

This is in reply to the defendant's unauthorized submitted docs by the defendant dated July 3rd, 2012.

First off, to counter the defendant's assertions with a touch of truthful reality. The Pro-Se litigant was not furnish with the complete listing of docs for the table of authorities. Please look at the email by the defendant stating they rectify the situation in their email on **(See EXHIBIT A in Plaintiff's Letter Dated June 29th, 2012)**, which was a lie. The Pro-se litigant could not state a "single-point" about the cases cited for authorities is because the defendant's memorandum docs contain an assortment of mixed and matched and combined cross references of the unfurnished cited aurthorities in their arguments without the pro-se litigant having all the documents, anyone with common sense knows this cheat by the defendant was a setup for erronous arguments for the pro-se.

Second off, the mis-guided defendant counsel Leo Kittay seems to be taking initiative in trying to dictate and demand terms of how your honor should do your job and even state how you should rule.

The young counsel failed to reference any Civil Rule and/or law/statue that the court should follow any scope. In common sense and practice of justice, given the consistent track record of the defendant counsels' effort to mislead and deceive everybody, the court has the widest discretion to apply any view and discretion in determining that the defendant party's claims are frivolous and without merit and to hand out sanctions the court seem fit to meaningfully punish the evil acts of the defendant party pointed out through out this dispute.

Finally, the pro-se liitigant is not a professional lawyer and does not have friviolous time to accomodate the repetitive and deceitful acts and trickery orchastrated by the Defendant party and their counsels. Everybody with a common sense of reality at this point knows the defendant party doesn't have a case. The pro-se litigant should not be subjected again in spending valuable time to address the matter relating Local Civil Rule 7.2, when the defendant party have a consistent history of breaking the rule to cheat the pro-se at least three (3) times in this dispute. The defendant counsels **James Weinberger and Leo Kittay**, incompetent and conniving as they are have come into the court with **"dirty hands"** by lying to the court that they remedy the situation when their intend was to mislead and to deceive the pro-se and the court.

In closing, the Pro-se litigant would like to remind the court that the defendant party have a consistent history of butchering the legal system to harrass opposing parties **(SEE original complaint)**. It is now just and proper, giving the mounting supported arguments to sancation the defendant and to dismiss their claims.

Respectfully Submitted,

J. Taikwok Yung (sporting202@yahoo.com)

556 E 88th St.
Brooklyn, NY 11236

646.309.8421

cc: James Weinberger (by email and Regular Mail)