UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
J. TAIKWOK YUNG d/b/a WEB-ADVISO          JUDGMENT
                                                      11-CV- 1413 (DLI)

                    Plaintiff,
                    Counterclaim Defendant

     -against-

DONALD J. TRUMP,

                    Defendant,
                    Counterclaim Plaintiff.
--------------------------------------------------------X

An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on March 26, 2017, adopting in its entirety the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky, dated February 28, 2014; denying Plaintiff's motion for leave to file a sur-reply; granting Defendant's motion for damages; awarding Defendant $8,000.00 per infringing domain name for a total judgment of $32,000.00; ordering Plaintiff to transfer his interest in the domain names trumpmumbai.com, trumpindia.com, trumpbeijing.com, and trumpabudhabi.com to the Defendant within thirty (30) days of the date of the Court's Order; it is

ORDERED and ADJUDGED that Defendant's motion for damages is granted; that Defendant Donald J. Trump is awarded a total judgment of $32,000.00 against Plaintiff J. Taikwok Yung d/b/a Web-Adviso; and that Plaintiff is ordered to transfer his interest in the domain names trumpmumbai.com,

**JUDGMENT** 11-CV-1413 (DLI)

trumpindia.com, trumpbeijing.com, and trumpabudhabi.com to the Defendant within thirty (30)

days of the date of the Court's Order.

Dated: Brooklyn, New York                          Douglas C. Palmer
       March 27, 2014                              Clerk of Court

                                          by:    _/s/ Janet Hamilton_
                                                 Deputy Clerk

2